# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. _____ |
| *Plaintiff,* | |
| HUAWEI TECHNOLOGIES CO., INC. and HUAWEI DEVICES USA, INC., | JURY TRIAL DEMANDED |
| *Defendants.* | |

## CYWEE GROUP LTD.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff CyWee Group Ltd. ("CyWee"), by and through the undersigned attorneys, makes the following disclosures:

1. CyWee does not have a parent corporation, and

2. No publicly held corporation owns 10% or more of CyWee's stock.

Dated: June 9, 2017

Respectfully submitted,

/s/ *Ari B. Rafilson*
Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
Christopher Evans (Texas 24058901)
Ari B. Rafilson (Texas 24060456)
Paul T. Beeler (Texas 24095432)

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

COUNSEL FOR PLAINTIFF
CYWEE GROUP LTD.