# EXHIBIT A

# U.S. Patent No. 8,441,438

**Huawei Nexus 6P**

**Claim 14**

A method for obtaining a resulting deviation including resultant angles in a **spatial pointer reference frame** of a **three-dimensional (3D) pointing device** utilizing a six-axis motion sensor module therein and subject to movements and rotations in dynamic environments in said **spatial pointer reference frame**, comprising the steps of:



**three-dimensional (3D) pointing device**

**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**spatial pointer reference frame**

**Source**: http://www.droid-life.com/2015/09/29/tuesday-poll-nexus-5x-or-nexus-6p/

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

| Claim 14 |
| --- |

A method for obtaining a resulting deviation including resultant angles in a spatial pointer reference frame of a three-dimensional (3D) pointing device utilizing a **six-axis motion sensor module** therein and subject to movements and rotations in dynamic environments in said spatial pointer reference frame, comprising the steps of:



**six-axis motion sensor module**

**Source**: http://consumer.huawei.com/us/mobile-phones/tech-specs/nexus-6p-us.htm

SUBJECT TO CHANGE

| Claim 14 |
| --- |

obtaining a **previous state** of the six-axis motion sensor module; wherein the **previous state** includes an initial-value set associated with **previous angular velocities** gained from the motion sensor signals of the six-axis motion sensor module at a previous time T−1;

The previous state is obtained through an update program that includes a `predict()` function and an `update()` function. Those functions that are used to update the global variable x0 based on x0 (the **previous state**) associated with **previous angular velocities** w gained at a previous time T-1 to obtain an updated state x0. The updated state x0 becomes the previous state x0 at time T (the next iteration) of the update program to obtain the updated state x0 at time T.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;              ← previous state
```

```
485        x0 = O*q;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

```
529            const vec3_t e(z - Bb);
530            const vec3_t dq(K[0]*e);
531
532            q += getF(q)*(0.5f*dq);
533            x0 = normalize_quat(q);
```

**next iteration**

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

4

Claim 14

obtaining a **current state** of the six-axis motion sensor module by obtaining **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ gained from the motion sensor signals of the six-axis motion sensor module at a current time T;

```
313    void Fusion::handleGyro(const vec3_t& w, float dT) {
314        if (!checkInitComplete(GYRO, w, dT))
315            return;
```

**measured angular velocities**

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;
```

```
485        x0 = O*q;
```

**current state**

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

5

**Claim 14**

obtaining a **measured state** of the six-axis motion sensor module by obtaining **measured axial accelerations** Ax, Ay, Az gained from the motion sensor signals of the six-axis motion sensor module at the current time T and calculating **predicted axial accelerations** Ax′, Ay′, Az′ based on the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the current state of the six-axis motion sensor module **without using any derivatives of the measured angular velocities** $\omega x$, $\omega y$, $\omega z$;

**measured axial accelerations**

```
345         vec3_t unityA = a * l_inv;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
497        // measured vector in body space: h(p) = A(p)*Bi
498        const mat33_t A(quatToMatrix(q));
499        const vec3_t Bb(A*Bi);
529         const vec3_t e(z - Bb);
```

**measured state**    **measured axial accelerations**    **predicted axial accelerations**

As shown in the code above, the predicted measurement is obtained based on the first signal set **without using any derivatives of the measured angular velocities**.

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

6

**Claim 14**

said **current state** of the six-axis motion sensor module is a second quaternion with respect to said current time T;

As shown in the examples provided, the **current state** is represented by the global state variable $x0$, which is a quaternion with respect to the current time T.

```
404    vec4_t Fusion::getAttitude() const {
405        return x0;
406    }
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

7

| Claim 14 |
| --- |

comparing the second quaternion in relation to the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the **current state** at current time T with the **measured axial accelerations** Ax, Ay, Az and the **predicted axial accelerations** Ax′, Ay′, Az′ also at current time T; obtaining an **updated state** of the six-axis motion sensor module by comparing the **current state** with the **measured state** of the six-axis motion sensor module; and

For example, as previously shown, the **measured state**, e, is obtained using the update() function, which combines the **measured axial accelerations**, z, and the **predicted axial accelerations**, Bb. Moreover, the **predicted axial accelerations** are determined based on the **measured angular velocities** of the **current state** at the current time T. The update() function further compares the **measured state**, e, and the **current state** to obtain the **updated state**, x0.



**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

SUBJECT TO CHANGE

8

**U.S. Patent No. 8,441,438 — Huawei Nexus 6P**

| Claim 14 |

calculating and converting the **updated state** of the six axis motion sensor module to said **resulting deviation comprising said resultant angles** in said spatial pointer reference frame of the 3D pointing device.

---

The **updated state** x0 is in quaternion form, and can easily be converted to resultant angles.

According to Android's developer library, the `getOrientation()` function "computes the device's orientation based on the rotation matrix," and returns **resultant angles** including the Azimuth, Pitch, and Roll angles.

## getOrientation

Added in **API level 3**

```
float[] getOrientation (float[] R,
                        float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

The `getRotationMatrixFromVector()` function "convert[s] a rotation vector to a rotation matrix," and the `getQuaternionFromVector()` function "convert[s] a rotation vector to a normalized quaternion." Therefore, the quaternion, x0, can be easily converted to its mathematically equivalent form, rotation matrix, and used by `getOrientation()` function to compute the orientation in its angular form.

**Source**: https://android.googlesource.com/platform/frameworks/base/+/b267554/core/java/android/hardware/SensorManager.java