# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO.  2:17-cv- 0495_ |
| *Plaintiff,* | |
| HUAWEI TECHNOLOGIES CO., LTD.; and HUAWEI DEVICE USA, INC., | JURY TRIAL DEMANDED |
| *Defendants.* | |

## DECLARATION OF NICHOLAS GANS, PH.D.

I, Nicholas Gans, Ph.D., hereby declare as follows:

1.      I have been asked by counsel for Plaintiff CyWee Group Ltd. ("CyWee") to offer information and my opinions as to the technologies disclosed in U.S. Patent No. 8,441,438 (the "'438 patent") and U.S. Patent No. 8,552,978 (the "'978 Patent").

2.      In connection with the preparation of this Declaration, I have reviewed the materials listed below:

- The '438 patent;

- The file wrapper for the '438 patent;

- The '978 patent; and

- The file wrapper for the '978 patent.

3.      All of the opinions stated in this declaration are based on my personal knowledge and professional judgment. If called as a witness, I am prepared to testify competently about them.

## I.      EXPERIENCE AND QUALIFICATIONS

4.      I am a Clinical Associate Professor with the Department of Electrical Engineering at the University of Texas at Dallas.

5.      I received my doctorate in Systems and Entrepreneurial Engineering from the University of Illinois at Urbana-Champaign, with dissertation research in the fields of robotics, controls, and estimation. I continue to research and teach these topics in my capacity as a Professor, with over 100 peer reviewed publications and three patents. I have authored multiple papers on the topic of Inertial Measurement Units and related sensors and fusion algorithms.

6.      A more complete list of my qualifications is set forth in my curriculum vitae, a copy of which is attached hereto as Exhibit A.

7.      I am being compensated for work in this matter. My compensation in no way depends on the outcome of this litigation, nor do I have a personal interest in the outcome of this litigation.

## II.      NATURE OF THE DISCLOSED TECHNOLOGIES

8.      The '438 patent and '978 patent disclose devices and methods for tracking the motion of a device in 3D space and compensating for accumulated errors. That is, at a high level, the patented inventions teach how to determine a device's current orientation based on motion data detected by its motion sensors, such as an accelerometer, gyroscope, and magnetometer.

9.      There are different types of motion sensors, including accelerometers, gyroscopes, and magnetometers. Accelerometers measure accelerations. For example, airbags use accelerometers, such that the airbag is triggered based on sudden deceleration. Accelerometers can also measure forces due to gravity. Gyroscopes measure rotation rates or angular velocities. Magnetometers measure magnetism, including the strength of a magnetic field along a particular direction. Each type of motion sensor is subject to inaccuracies. For example, a gyroscope sensor has a small, added offset or bias. This bias will accumulate over time and lead to large drift error. Similarly, magnetometers are subject to interference from natural and manmade sources (e.g. power electronics). Additionally, errors can accumulate over time. These sensors typically take measurements along a single direction. To accurately

DECLARATION OF NICHOLAS GANS, PH.D. – PAGE 2

measure motions along an arbitrary axis, three like sensors are grouped together and aligned at right angles. Such a sensor set is generally referred to as a 3-axis sensor.

10.    To incorporate the data from multiple sensors and compensate for the errors described above, the '438 patent and '978 patent each disclose a sensor fusion technology. Specifically, the '438 patent discloses an enhanced sensor fusion technology and application for calculating orientation (including tilting angles along all three spatial axes) by using measurements from both a 3-axis accelerometer and a 3-axis gyroscope; furthermore, it can correct or eliminate errors associated with the motion sensors. This technology is especially suited for accurately representing a mobile device's orientation in 3D space on a 2D display screen by mapping the yaw, pitch, and roll angles relating to movement along the three spatial axes to a 2D display reference frame. Simply put, the '438 patent discloses an improved system and method to capture motion of the device and for eliminating or correcting errors based on movements and rotations of the device.

11.    Likewise, the '978 patent discloses a similar enhanced sensor fusion technology for calculating orientation. Unlike the '438 patent, which discloses and claims using two motion sensors—an accelerometer and gyroscope—the '978 patent discloses and claims using a third sensor—a magnetometer.

12.    Orientation information returned by the claimed inventions of the '438 and '978 patents has many uses, particularly for mobile cellular devices, such as navigation, gaming, and augmented/virtual reality applications. Navigation applications can use orientation information to determine the heading of the phone, indicate what direction the user is facing, and automatically orient the map to align with the cardinal directions. Increasing numbers of games and other applications use the motion of the phone to input commands, such as tilting the mobile device like a steering wheel. Augmented and virtual reality applications rely on accurate estimation of the device orientation in order to render graphics and images at the proper locations on the screen.

DECLARATION OF NICHOLAS GANS, PH.D. – PAGE 3

## III.    OPINION REGARDING ADVANTAGES OVER PRIOR ART

13.    In the past, motion sensors had limited applicability to handheld pointing devices due to a variety of technological hurdles. For example, different types of acceleration (*e.g.*, linear, centrifugal, gravitational) could not be readily distinguished from one another, and rapid, dynamic, and unexpected movements caused significant errors and inaccuracies. These difficulties were compounded by the miniaturization of the sensors necessary to incorporate them in handheld devices. With the development of micro-electromechanical systems, or "MEMS," miniaturized motion sensors could be manufactured and incorporated on a semiconductor chip, but such MEMS sensors had significant limitations.

14.    For example, it is impossible for MEMS accelerometers to distinguish different types of acceleration (*e.g.*, linear, centrifugal, gravitational). When a MEMS accelerometer is used to estimate orientation, it must measure force along the direction of gravity (*i.e.*, down), but that gravitational measurement can be "interfused" with other accelerations and forces (*e.g.*, vibration or movement by the person holding the device). Thus, non-gravitational accelerations and forces must be estimated and subtracted from the MEMS accelerometer measurement to yield an accurate result. A MEMS gyroscope is prone to drift, which will accumulate increasing errors over time if not corrected by another sensor or recalibrated. A MEMS magnetometer is highly sensitive to not only the earth's magnetic fields, but other sources of magnetism (*e.g.*, power lines and transformers) and can thereby suffer inaccuracies from environmental sources of interference that vary both in existence and intensity from location to location.

15.    Additionally, orientation cannot be accurately calculated using only one type of MEMS sensor. For example, if only a 3-axis MEMS accelerometer is used to measure orientation, pitch and yaw can be measured, but not roll. If only a MEMS gyroscope is used to measure angular velocity, only relative changes in orientation can be measured, not absolute orientation.

16.     The '438 patent and '978 patent technologies overcome technological hurdles such as those discussed above in a unique and novel way by incorporating measurements from multiple sensors for increased accuracy and algorithms to compensate for accumulated errors. The '438 patent discloses a system and method for interactively and iteratively fusing angular velocity measurements in the x, y, and z directions and axial acceleration measurements in the x, y, and z directions such that the measurements complement each other according to a specific algorithm.  The limitations of the specific measurements and accumulated errors therein are thereby overcome and eliminated. The '978 patent builds upon the '438 patent and further incorporates magnetism measurements in the x, y, and z directions to further compliment the accuracy.

17.     Without orientation information, mobile device apps would be limited to very static operation. This was the scenario with initial smart phones and other mobile devices. Navigation aids could render a map and indicate the location of the device using GPS. However, these maps would orient with North on the map pointing to the top of the screen. The user could rotate the map using touch commands, but the map would not rotate automatically as the user turned. Nor could the device indicate what direction the device was facing.

18.     Many games use motion of the device to control the game. A common control scheme, especially for driving and piloting games, is to have the user rotate the phone or device like a steering wheel to indicate the direction the vehicle should move. Some puzzle games also use motions to cause elements of the game to move. As discussed previously, accelerometers measure acceleration, which is a very noisy signal. Acceleration is the derivative of velocity, which is the derivative of position. Small magnitude noise can have large derivatives, which means that small levels of noise from vibration or electrical fluctuations will be magnified at the acceleration level. Even a stationary device will have notable noise measured by an accelerometer. A moving device will only amplify this noise. Since accelerometers measure linear and centripetal accelerations as well as the acceleration

DECLARATION OF NICHOLAS GANS, PH.D. – PAGE 5

of gravity, orientation estimates on a moving device will not be accurate. In Figure 1[1], we conducted an experiment where an accelerometer was placed on a moving pendulum with a very accurate angle measurement from an optical encoder. When the pendulum is rotated slowly, the accelerometer is fairly accurate, but during moderate or fast motion it shows significant errors.



**Figure 1**

19.     If only an accelerometer is used, a coarse estimate of the device orientation can be obtained by averaging or numerically filtering the results. Essentially, the device can determine if it is tilted left or right, up or down, but the exact angle cannot be estimated accurately while in motion. This is suitable for games to move a character or steer a vehicle in a particular direction, but generally cannot utilize the magnitude of tilt to move at corresponding faster or slower speeds.

20.     Without orientation sensors, games could be controlled using traditional "joystick" type inputs. For smart phones with touch screens, commands are given by having the user touch specific parts of the screen.

21.     Augmented reality (AR) and virtual reality (VR) are new and growing classes of applications for smart phones and mobile devices. In AR, the device camera provides live

---

[1] T. R. Bennett, R. Jafari and N. Gans, "Motion Based Acceleration Correction for Improved Sensor Orientation Estimates," 2014 11th International Conference on Wearable and Implantable Body Sensor Networks, Zurich, 2014, pp. 109-114.

video feed to the screen, and the application overlays generated graphics onto the screen at specific locations. AR navigation apps can draw signs or labels to indicate what specific places or objects are, or can render arrows or other indicators. AR games and teaching applications can label objects or draw characters or items such that they appear as if they are in the real world seen in the video. Virtual reality is similar but does not use the camera, rather it completely renders an artificial 3D environment on the screen. VR most often requires a head set such that the user only sees the screen. Mobile devices and smart phones used for VR generally split the screen and display to two side-by-side images of the rendered environment that are slightly offset to simulate a left and right eye. The device then sits in a headset with lenses such that the user has each eye see only one of the split-screen images and has a sense of stereo (3D) vision.

22.     Without orientation sensing, AR and VR applications cannot work. The system will have no ability to understand the orientation of the device and know where to draw objects and/or the scene. The rough orientation estimate provided by an accelerometer (ideally with a magnetometer) will not be sufficient to track during typical head motions. It has been demonstrated the VR applications that use an accelerometer often cause motion sickness, as the rendered images do track with the head motions. An AR application with the use of a gyroscope and fusion algorithm will not render objects at the correct locations, and may obscure the view rather than provide helpful information.

23.     There are ways to estimate orientation other than the approaches presented in the '438 patent or '978 patent, which involve algorithms that filter and fuse measurements from inertial and magnetic sensors. Most such methods are based on cameras and computer vision algorithms. However, the limitations of these methods render them unusable for mobile devices. For example, there are a variety of motion capture systems that use cameras arrayed around an environment. Markers (e.g. reflective balls) can be placed on objects, and the cameras can locate the markers, often to sub-mm accuracy. If an object has three or more markers on it, the orientation of the object can be determined with sub-degree accuracy. This

DECLARATION OF NICHOLAS GANS, PH.D. – PAGE 7

method is very accurate, but quite expensive (often about $100,000). The cameras are fixed in place, and the estimation can only work within a small space (a box of dimensions on the order of tens of meters). Clearly, this is not suitable for the vast majority of mobile device users or applications. Some high-end VR systems use such an approach, but this is not feasible for general consumers.

24.     A camera on a mobile device, such as a smart phone, can be used to estimate orientation of the phone. One class of approaches to this problem uses special patterns or markers in the environment. These often have the appearance of a QR code or 2D UPC. Taking a picture of the pattern, computer vision algorithms can determine the position and orientation of the camera with respect to the marker. AR applications have placed the patterns on specific objects or consumer products so the device can render images and graphics with respect to the pattern. AR games have included patterned mats that are placed on a table or other flat surface, and the device renders characters and objects as if they were on the surface. An example of a game using different patterned mats is seen in Figure 2[2].

---

[2] https://pokemondb.net/spinoff/pokedex-3d



**Figure 2**

25.    Multiple unique patterns can be placed around an environment; so long as one is always in view, the camera can maintain an estimate of the orientation and position. In this way, it can be used for navigation. An example is seen in Figure 3[3]. The necessity of placing patterns would make this approach useless for a majority of applications, particularly outdoors. The camera would also need to remain on at all times, which would cause severe battery drain.

---

[3] This is an unpublished image from Dr. Gans' research laboratory.



**Figure 3**

26.   Orientation of the camera can also be estimated over an indefinite amount of time using vision algorithms known as visual odometry. In visual odometry, changes in the image over time are used to estimate the camera velocity. This velocity can be integrated over time to estimate the change in orientation. While these methods are well understood, they can only track change in relative orientation, not give absolute orientation. They also require the camera to be on at all times, which will greatly reduce battery life."

Dated: June  29  , 2017

*Nicholas R Gans*

Nicholas Gans, Ph.D.

# EXHIBIT A

# Nicholas R. Gans
## Curriculum Vitae

ngans@utdallas.edu, nrgans@gmail.com                Phone: (972) 883-6755
Department of Electrical Engineering, MS: EC33      Fax: (972) 883-2710
The University of Texas at Dallas
800 W. Campbell Rd.
Richardson, TX 75080, USA
http://www.utdallas.edu/~ngans

## CURRENT POSITION
- **Assistant Professor** – Department of Electrical Engineering, University of Texas at Dallas, Aug. 2009 – present

## EDUCATION
- Ph.D. Systems and Entrepreneurial Engineering
  *University of Illinois Urbana Champaign* - December 2005
  Dissertation: *Hybrid Switched System Visual Servo Control*
  Advisor: Seth Hutchinson
- M.S. Electrical and Computer Engineering
  *University of Illinois Urbana Champaign* - May 2002
  Thesis: Performance Tests of Partitioned Approaches To Visual Servo Control
  Advisor: Seth Hutchinson
- B.S., *Cum Laude*, Electrical Engineering and Applied Physics, Minor in Philosophy
  *Case Western Reserve University* - May 1999

## RESEARCH INTERESTS
- Vision-Based Control and State Estimation
- Mobile Robot Control
- Multi-Agent/Distributed Control and Estimation
- Self-Optimizing Systems
- Nonlinear Control
- Hybrid Switched-System Control
- Computer Vision
- Human/Machine Interaction
- Engineering Ethics Education

## RESEARCH EXPERIENCE
- **Postdoctoral Associate** – National Research Council/Air Force Research Laboratory
  Eglin Air Force Base, Sep. 2008 – July 2009
  Directed by David Jeffcoat
- **Postdoctoral Researcher** - Nonlinear Controls and Robotics Lab
  University of Florida, Jan. 2006 – Aug. 2008
  Directed by Dr. Warren Dixon
- **Graduate Research Assistant** - Robot Motion Planning and Control Lab
  University of Illinois Urbana Champaign, Jan. 2002 - Dec. 2005
  Directed by Dr. Seth Hutchinson

## CURRENT GRANTS

- PI, "Distributed Control and Vision-Based Estimation for UAS Autonomy," Air Force Research Laboratory Munitions Directorate, 5/01/2017 – 4/31/2019, $75,000
- PI, "Engineering Projects in Community Service," UT Dallas Center for Teaching and Learning Instructional Improvement Grant, 9/1/2016-8/31/2017, $5000
- PI, "Vision-Based Control of Quadrotor UAVs", Kasling Aircraft, 9/1/2016-12/1/2016, $8,098
- PI, "GOALI: Adaptive Control of Inkjet Printing on 3D Curved Surfaces", National Science Foundation, 5/1/2016 – 4/30/2019, $294,452
- PI, "Vision-Based Surface Shape & Condition Estimation", Texas Instruments, 12/1/15 - 11/30/17, $70,000
- PI, "ICC for Olalekan Ogunmolu" (Soft for RadioSurgery), UT Southwestern Medical Center, 9/1/2014 – 5/31/2016, $13,320
- Co-PI, "Engineering Ethics as an Expert Guided and Socially Situated Activity," NSF, 9/1/2013-8/31/2017, $299,967

## PREVIOUS GRANTS

- PI, "Smart City Transportation System: Real-Time Multi-Objective Optimization of Autonomous Multi-Agent Controllers in an Orchestrated Resource Environment for Adaptive and Responsive Traffic Management," Texas Research Alliance, 10/1/2015-6/1/2016, $40,000
- PI, "Human Machine Interface for Including Out-of Sequence Information in UAV Target Search," Air Force Research Laboratory, 9/23/2013 – 5/23/2016, $159,998
- Co-PI, "Cooperative Robot Manipulation", Daegu Gyeongbuk Institute of Science And Technology, 3/1/2013 12/31/2015, $272,961
- PI, "3D Interactive Camera/Projector Display Unit for Human/Robot Interaction", Texas Instruments, 1/1/13 - 12/28/15, $105,000
- PI, "Development of Algorithms and an Instructional Lab for Actin Robot Control Software and Cyton Robot Arm ," Energid Technologies Corporation, 1/15/13 – 6-15-13, $23,556
- Co-PI, "Development of an Adaptive Radar Laboratory," Mustang Technology Group, $35,000
- PI, "System Characterizations of the Scanning Tunneling Microscope", Zyvex Corporation, 5/30/2011 - 8/30/2011, $3,084
- PI, "Super-resolution of Target Details for Improved Target State Estimation and Classification," University of Texas Catalyst Grant, June 2010-August 2011, $40,000
- PI, "Hardware in the Loop Simulation for Vision-Based Control of Autonomous Vehicles," Air Force Research Lab grant FA8651-10-1-003, January 2010-September 2010, $10,000

## TEACHING EXPERIENCE

- **Course Instructor** University of Texas at Dallas
  - Engineering Projects in Community Service – Spring 2016, Fall 2016
    Linear Systems and Signals (EECs 6331) – Spring 2010, Spring 2012, Spring 2013, Spring 2014, Spring 2015, Spring 2016
  - Introduction to Robotics (EEGR 5V80, ENGR 5375) – Spring 2011, Fall 2013, Fall 2014, Fall 2015, Fall 2015

- Senior Design 2 (EE 4389) – Spring 2012, Spring 2013, Spring 2014, Spring 2015, Spring 2016
- Vision-Based Estimation and Control (EESC 7V85 ) – Fall 2010, Fall 2012
- Electronic Circuits Laboratory (EE 3111) – Summer 2011, Summer 2012
- Systems and Controls (EE 4310) – Fall 2011

- **One Day Workshop** Recent Advances in Extremum Seeking Control and its Applications
  19th IFAC World Congress, Capetown, South Africa, Sep. 2014
- **One Day Workshop** Vision-Based Estimation and Control
  University of Johannesburg, Johannesburg, South Africa, Nov. 2009

- **Short Course -** Vision-Based Control for Autonomous Vehicles
  NASA Johnson Space Center, Houston, TX, Aug. 2012
  AIAA Guidance, Navigation and Control Conference, Chicago, IL, Aug. 2009
  AIAA Guidance, Navigation and Control Conference, Hilton Head, SC, Aug. 2007
    A two day short course offered through AIAA. I taught sections on cameras and imaging, pose estimation through epipolar geometry, visual servoing, chained pose estimation, and hardware in the loop simulation.

## STUDENT SUPERVISION
### Doctoral advisement/direction:
- Jinglin Shen, PhD awarded August 2013, "Multi-View Systems for Robot-Human Interaction and Object Grasping"
- Yinghua Zhang, PhD awarded May 2014, "Improving Global Properties of Real-Time Optimization With Applications in Robotic Visual Search"
- Jingfu Jin, PhD awarded December 2015, "Unified Formation Control, Heading Consensus and Obstacle Avoidance for Heterogeneous Mobile Robots with Nonholonomic Constraints"
- J.-Pablo Ramirez, PhD awarded May 2016, "Mobile Sensor Guidance for Optimal Information Acquisition Under Out-Of-Sequence and Soft Measurements"
- Terrell Bennet, PhD awarded August 2016, "Algorithms for Enabling Wearable Sensors in the Internet of Things"

### Masters advisement/direction:
- Keveh Fathian, MS awarded December 2012, "Virtual Thermal Sensing and Control of Heat Distribution Using State Estimation"
- David Tick,  MS awarded May 2011, "Fusion of Discrete and Continuous Epipolar Geometry With Wheel and IMU Odometry for Localization of Mobile Robots"
- Wen Yu, MS awarded August 2011, "Interactive Camera/Projector Display Unit Using Image Homography"

## AWARDS
- **Selected as one of 2014's IEEE Transactions on Robotics Outstanding Reviewers**
- **Nominated for the Provost's Award for Faculty Excellence in Undergraduate Research Mentoring**, The University of Texas at Dallas, 2014

- **Best Paper of the Session**, K. Fathian, J. Jin and N. Gans, "A New Approach for Solving the Five-Point Relative Pose Problem for Vision-Based estimation and Control," *Proc. American Control Conference 2014*
- **Best doctoral colloquium award (work in progress):** Quality Enhancement Framework for Wearable Computers - Terrell R. Bennett, (my PhD student), 2014 Proc. Body Sensor Network Conference
- **Best Paper of the Session**, T. Bennett, R. Jafari, and N. Gans, "An Extended Kalman Filter to Estimate Human Gait Parameters and Walking Distance," 2013 *Proc. American Controls Conference*
- **Best Student Paper,** D. Q. Tick, J. Shen, and N.R. Gans, "Fusion of Discrete and Continuous Epipolar Geometry for Visual Odometry and Localization," 2010 *IEEE International Workshop on Robotic and Sensors Environments*
- National Research Council/US Air Force Office of Scientific Research Associateship
- **Best Paper of the Session**, K. Kaiser, N. Gans and W. E. Dixon, "Localization and Control of an Aerial Vehicle through Chained, Vision-Based Pose Reconstruction," 2007 *American Control Conference*

## PROFESSIONAL ACTIVITIES
### Memberships
- IEEE Senior Member
- IEEE Robotics and Automation Society
- IEEE Control Systems Society
- AIAA
- ASME

### Conference Organizing Committees
- Local Arrangements Chair - IEEE Conference on Automation Science and Engineering (CASE) 2016
- Exhibitions Chair - IEEE Conference on Automation Science and Engineering (CASE) 2016
- Exhibitions CoChair - IEEE Int'l Conf. on Intelligent Robots and Systems (IROS) 2014

### International Program Committee Member
- IEEE Int'l Conf. on Intelligent Robots and Systems (IROS): 2006
- IEEE Int'l Conf. on Intelligent Robots and Systems (IROS), Associate Editor: 2007-2014
- IEEE/IFAC Int'l Conf. on Inform. in Control, Autom. & Robotics (ICINCO): 2008-2014
- American Controls Conference (ACC) 2009-2014

### Workshop/Invited Session Organizer/Lecturer
- *6º Taller de Robótica y Planificación de Movimientos*, Plenary Speaker, *Decentralized Formation Control and Obstacle Avoidance for Mobile Robots,* Centro de Investigación en Matemáticas, Guanajuato, Mexico, April. 2016
- *19th IFAC World Congress*, Organizer and Lecturer at One Day Workshop, *Recent Advances in Extremum Seeking Control and its Applications,* Capetown, South Africa, Sep. 2014
- *University of Johannesburg*, Organizer and Lecturer at One Day Workshop, *Vision-Based Estimation and Control*, Johannesburg, South Africa, Nov. 2009

- *AIAA Guidance, Navigation and Control Conference* (GNC), Organizer and Lecturer at Two Day Workshop, *Vision-Based Control for Autonomous Vehicles*, Chicago, IL, Aug. 2009
- *International Conference on Pattern Recognition* (ICPR), Presenter at One Day Workshop, *Visual Observation and Analysis of Animal and Insect Behavior*, Tampa, FL, Dec. 2008
- *IEEE International Symposium on Intelligent Control* (ISIC), Invited Session Organizer and Lecturer: *Current Topics Vision-Based Control*, San Antonio, TX, Sep. 2008
- *AIAA Guidance, Navigation and Control Conference* (GNC), Organizer and Lecturer at Two Day Workshop, *Vision-Based Control for Autonomous Vehicles*, Hilton Head, SC, Aug. 2007

**Review Panels**
- National Science Foundation
- NASA

**Publication Reviewer**
- IEEE Transactions on Control (TAC)
- IEEE Transactions on Robotics (TRO)
- IEEE Transactions on Systems, Man and Cybernetics (TSMC)
- IEEE Transactions on Controls System Technology (TCST)
- ASME Journal of Dynamic Systems, Measurement and Control
- International Journal of Computer Vision (IJCV)
- International Journal of Robotics Research (IJRR)
- Journal of Intelligent and Robotic Systems
- European Journal of Control (EJC)
- IEEE/RSJ  International Conference on Intelligent Robots and Systems (IROS)
- IEEE Conference on Robotics and Automation (ICRA)
- IEEE Conference on Decision and Control (CDC)
- American Controls Conference (ACC)
- ASME Dynamic Systems and Control Conference (DSCC)
- IEEE Conference on Control, Automation, Robotics and Vision (ICARV)
- IEEE International Symposium on Robot and Human Interactive Communication (RO-MAN)
- International Conference on Intelligent Autonomous Systems (IAS)
- IEEE Potentials

## INVITED LECTURES

- "Novel Algorithms for Estimating Camera Pose and Target Structure" – Lecture at Robotics Graduate Student Seminars, University of Illinois at Urbana Champaign, October 21, 2016
- "Novel Algorithms for Estimating Camera Pose and Target Structure" – Lecture at Computer Science and Engineering Graduate Student Seminars, Texas A&M University, September 12, 2016
- "Decentralized Formation Control and Obstacle Avoidance for Mobile Robots" – Plenary Talk, The 6th Robotics Workshop and Planning Movements, El Centro de Investigación en Matemáticas, Guanajuato, Mexico, April 29, 2016
- "Current Problems in Robot Vision and Control" – Lecture at Math Department Colloquium, Southern Methodist University, October 23, 2015

- "Real-Time Optimization with Applications in Visual Search" – Lecture at the Nonlinear and Dynamical Systems Symposium, University of Texas at Dallas, September 25, 2015
- "Real-Time Optimization with Applications in Visual Search" – Lecture at the Annual Meeting of the AFRL Mathematical Modeling and Optimization Institute, Eglin AFB July 29, 2014
- "Real-Time Optimization with Applications in Visual Search" – Lecture at Texas Systems Day, Texas A&M University, March 28, 2014
- "Real-Time Optimization for Visual Search" – Invited Lecture at Texas A&M Computer Science Graduate Seminar, October 22, 2012
- "Vision-based Control Beyond Position and Velocity Regulation" – Invited Lecture at the University of Texas at Arlington Electrical Engineering Graduate Seminar, February 3, 2012
- "Vision-Based Control Beyond Position and Velocity Regulation" Keynote Address, 22nd Annual International Symposium of the Pattern Recognition Association of South Africa, Vanderbijlpark, South Africa (November 2011)
- "Fusion of Vision and Inertial Measurement Units for Mobile Navigation" Dallas Chapter IEEE Signal Processing Society, (October 2010)
- "Balancing Mission Requirement for Networked Autonomous Aircrafts Performing Video Reconnaissance," Department of Electrical Engineering, University of Texas at Dallas (April, 2009)
- "Balancing Mission Requirement for Networked Autonomous Aircrafts Performing Video Reconnaissance," Department of Mechanical Engineering, Worcester Polytechnic Institute (March, 2009)
- "Balancing Mission Requirement for Networked Autonomous Aircrafts Performing Video Reconnaissance," Department of Mechanical Engineering and Material Science, Duke University (January, 2009)
- "Underdetermined, Vision-Based Control of Mechanical Systems", Sensors 2008: Theory, Algorithms, and Applications, University of Florida Research Engineering Education Facility (REEF) (April, 2008).
- "Underdetermined, Vision-Based Control of Mechanical Systems," Department of Electrical and Computer Engineering, University of Denver (April, 2008)
- "Vision-Based Control of Mechanical Systems," Department of Mechanical Engineering, Texas A&M University (February, 2008)
- "Simultaneous Stability of Image and Pose Error in Visual Servo Control", Virginia Tech University (November, 2007)

## PATENTS
1. W. Dixon, N. Gans, S. Gupta, *Passive Single Camera Imaging System for Determining Motor Vehicle Speed*, US Patent Number US 8401240 B2, Awarded March 19, 2013
2. W. Dixon, N. Gans, M. Kaiser, *Image-Based System and Methods for Vehicle Guidance and Navigation*, US Patent Number US 8,320,616 B2, Awarded November 27, 2012
3. N. Gans, W. Dixon Patent Cooperative Treaty No. PCT/US09/52803, *Systems and Methods for Maintaining Multiple Objects Within a Camera Field-of-View*, Publication number: US 2011/0128387 A1, filed June 2, 2011 – Received Notice of Allowance November 2016

## PUBLICATIONS

**Book Chapters**

1. S. Mehta, G. Hu, N. Gans, and W. E. Dixon, "A Daisy-Chaining Visual Servoing Approach with Applications in Tracking, Localization, and Mapping," in *Robot Localization and Map Building*, Chapter 20, pp. 383-408, Edited by A. Lazinica, In-Tech, March 2010.
2. N. Gans, G. Hu and W. E. Dixon, "Image-Based State Estimation" in Autonomous Robotics, Complexity and Nonlinearity, in *Encyclopedia of Complexity and Systems Science*, Springer, pp. 42-63, Vol. 1, 2009
3. G. Hu, N. Gans and W. E. Dixon, "Adaptive Visual Servo Control" in Autonomous Robotics, Complexity and Nonlinearity, in *Encyclopedia of Complexity and Systems Science*, Springer,  p. 4751-4776, Vol. 5, 2009
4. P. I. Corke, S. A. Hutchinson and N. R. Gans, "Partitioned Image-Based Visual Servo Control: Some New Results," in *Sensor Based Intelligent Robots, Springer Lecture Notes in Computer Science*, G. D. Hager, H. I. Christensen, H. Bunke, R. Klein Eds., Springer, 2002, pp. 122-140

**Articles**

5. T.R. Bennett, N. Gans,  and J.R Jafari, "Data-Driven Synchronization for Internet-of-Things Systems," *ACM Transactions on Embedded Computing Systems*, vol. 16, no. 3, p. 69.
6. J. Jin, Y. Kim and S. Wee, D. Lee and N. Gans, "A Stable Switched-System Approach to Collision-Free Wheeled Mobile Robot Navigation," *Journal of Intelligent & Robotic Systems*, vol. 86, no. pp. 599-616, May.
7. E. A, Lee, M. Grohman, N. R. Gans, M. Tacca, &  M. J. Brown, "The Roles of Implicit Understanding of Engineering Ethics in Student Teams' Discussion," *Science and Engineering Ethics*, pp. 1-20, Dec. 2016.
8. Y. Zhang, O. Makarenkov, N. Gans, "Extremum Seeking Control of a Nonholonomic System with Sensor Constraints," *Automatica*, vol. 70, pp. 86-93, Aug. 2016
9. Y. Zhang, M. Rotea and N. Gans, "Simplex Guided Extremum Seeking Control with Convergence Detection to Improve Global Performance," *IEEE Transaction on Control System Technology,* vol. 24, no. 4, pp. 1266-1278, July 2016.
10. J-P. Ramirez-Paredes, D. Lary and N. Gans, "Low-Altitude Terrestrial Spectroscopy from a Pushbroom Sensor," *Journal of Field Robotics,* vol. 33, no. 6, Sept. 2016 pp. 837–852.
11. J. P. Ramirez-Paredes, E. A. Doucette, J. W. Curtis and N. R. Gans, "Optimal Placement for a Limited-Support Binary Sensor," in *IEEE Robotics and Automation Letters*, vol. 1, no. 1, pp. 439-446, Jan. 2016.
12. J. Jin, and N. Gans, "Parameter Identification for Industrial Robots with a Fast and Robust Trajectory Design Approach," *Robotics and Computer Integrated Manufacturing*, vol 31, pp. 21-29, 2015,
13. W. MacKunis, N. Gans, A. Parikh, and W. E. Dixon, "Unified Tracking and Regulation Visual Servo Control for Wheeled Mobile Robots," *Asian Journal of Control*, vol. 16, no.3, pp. 669- 678, 2014
14. Y. Zhang,  J. Shen,  and N. Gans, "Real-Time Optimization for Eye-in-Hand Visual Search," *IEEE Transactions on Robotics*, vol. 30, no. 2, pp. 325 - 339, April 2014

15. D. Tick, A. C. Satici, J. Shen, and N. R. Gans, "Tracking Control of Mobile Robots Localized via Chained Fusion of Discrete and Continuous Epipolar Geometry, IMU and Odometry", *IEEE Transactions on Systems Man and Cybernetics Part B*, Volume  43, Number  4, 1237 – 1250, August 2013

16. N. R. Gans, G. Hu, J. Shen, Y. Zhang, and W. E. Dixon, "Adaptive Visual Servo Control to Simultaneously Stabilize Image and Pose Error," *Mechatronics*, Volume 22, Number 4, pp. 410–422, June 2012

17. N. R. Gans, G. Hu, K. Nagaragan, W. E. Dixon, "Keeping Multiple Moving Targets in the Field of View of a Mobile Camera," *IEEE Transactions on Robotics,* Volume 27, Number 4, pp. pp. 822 – 828, 2011

18. G. López-Nicolás, N. R. Gans, S. Bhattacharya, C. Sagüés, J.J. Guerrero and S. Hutchinson, "An Optimal Homography-Based Control Scheme for Mobile Robots with Nonholonomic and Field-of-View Constraints," *IEEE Transactions on Systems, Man and Cybernetics, Part B,* Volume 40, Number 4, pp. 1115 - 1127, 2010

19. M. K. Kaiser, N. Gans and W. Dixon, "Vision-Based Estimation and Control of an Aerial Vehicle through Chained Homography," *IEEE Transactions on Aerospace and Electronic Systems*, Volume 46, Number 3, pp. 1064-1077, 2010

20. G. Hu, N. Gans, and W. E. Dixon, "Quaternion-Based Visual Servo Control in the Presence of Camera Calibration Error," *International Journal of Robust and Nonlinear Control,* Volume 20, Number 5, pp. 489-503, 2010

21. G. Hu, N. R Gans, N. Fitz-coy, and W.E. Dixon, "Adaptive Homography-Based Visual Servo Tracking Control via a Quaternion Formulation," *IEEE Transactions on Control System Technology,* Volume 18,  Number 1, pp. 128-135, 2010

22. N. Gans, W. Dixon, R. Lind and A. Kurdilla, "A Hardware in the Loop Simulation Platform for Vision-Based Control of Unmanned Air Vehicles," *IFAC Journal of Mechatronics* Volume 19, Number 7, 2009, pp. 1043-1056

23. G. Hu, W. MacKunis, N. Gans, W. E. Dixon, J. Chen, A. Behal, D. Dawson, "Homography-Based Visual Servo Control with Imperfect Camera Calibration," *IEEE Transactions on Automatic Control*, Volume 54, Number 6, pp. 1318-1325, 2009

24. N. R. Gans and S.A. Hutchinson, "Multi-Attribute Utility Analysis in the Choice of a Vision-Based Robot Controller," *International Journal of Optomechatronics*, Volume 2, Number 3, pp. 326-360, 2008

25. K. Dupree, N.R. Gans, W. MacKunis and W.E. Dixon, "Euclidean Calculation of Feature Points of a Rotating Satellite: A Daisy Chaining Approach," *AIAA Journal of Guidance, Controls, and Dynamics*, Volume 31, Number 4, pp. 954-961, 2008

26. N.R. Gans and S.A. Hutchinson, "Stable Visual Servoing through Hybrid Switched System Control," *IEEE Transactions on Robotics,* Volume 23, No. 3, pp. 530-540, 2007

27. N.R. Gans, P.I. Corke and S.A. Hutchinson, "Performance Tests for Visual Servo Control Systems, with Application to Partitioned Approaches to Visual Servo Control," *International Journal of Robotics Research*, volume 22, No. 10,  pp 955-981, 2003

**Invited Papers**

28. Y. Zhang, M. Rotea, N.R. Gans, "Sensors Looking for Interesting Things: Extremum Seeking Control on Entropy Maps," *Proc. IEEE Conference on Decision and Control,* pp. 4985 - 4991, 2011

29. D.Q. Tick, J. Shen, Y. Zhang, N.R. Gans, "Chained Fusion of Discrete and Continuous Epipolar Geometry with Odometry for Long-Term Localization of Mobile Robots," *Proc. IEEE International Symposium on Intelligent Control*, pp. 668 – 674, 2011

30. N. R. Gans, J. Shen, J. Shea, P. Barooah, W. Dixon "Balancing Mission Requirement for Networked Autonomous Quadrotor Performing Video Reconnaissance," *Proc. SDPS Transformative Systems Conference*, 2010

31. N. R. Gans, G. Hu, W. E. Dixon, "Simultaneous Stability of Image and Pose Error in Visual Servo Control," *Proc. IEEE International Symposium on Intelligent Control*, pp. 438-443, 2008

32. N. R. Gans, G. Hu, W. E. Dixon, "Keeping Objects in the Field of View: An Underdetermined Task Function Approach to Visual Servoing," *Proc. IEEE International Symposium on Intelligent Control*, pp. 432-437, 2008

33. M. Kaiser, N.R. Gans and W.E. Dixon "Position and Orientation of an Aerial Vehicle through Chained, Vision-Based Pose Reconstruction," *Proc. AIAA conference on Guidance, Navigation and Control*, 2006

34. S. Mehta, K. Kaiser, N.R. Gans, W. E. Dixon, "Homography-Based Coordinate Relationships for Unmanned Air Vehicle Regulation," *Proc. AIAA conference on Guidance, Navigation and Control*, 2006

35. N.R. Gans and S.A. Hutchinson, "A Switching Approach to Visual Servo Control," *Proc. IEEE International Symposium on Intelligent Control*, Workshop in Visual Servoing, Lausanne, 2002

36. N.R. Gans and S.A. Hutchinson, "Hybrid Visual Servo Control," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, 2002, pp. 770-760

**Proceedings of Technical Meetings**

37. K. Fathian, D. Rachinskii, T. Summers, M. Spong and N. Gans, "Distributed Formation Control Under Arbitrarily Changing Topology", *Proc. American Controls conference*, May 2017.

38. Y. Li, E. Doucette, J.W. Curtis and N. Gans, "Ground Target Tracking and Trajectory Prediction by UAV Using a Single Camera and 3D Road Geometry Recovery", ", *Proc. American Controls conference*, May 2017

39. S. Kumar, and N. Gans, "Extremum Seeking Control for Multi-Objective Optimization Problems", *Proc. IEEE Conf. Decision and Control*, pp. 1112-111, December 2016

40. K. Fathian, D. Rachinskii, T. Summers and N. Gans, "Distributed Control of Cyclic Formations with Local Relative Position Measurements", *Proc. IEEE Conf. Decision and Control*, December 2016

41. O. Ogunmolu, X. Gu, S. Jiang, and N. Gans, "Vision-Based Control of a Soft Robot for Maskless Head and Neck Cancer Radiotherapy," *Proc. IEEE International Conf. Automation Science and Engineering*, August 2016

42. J. P. Ramirez, E. Doucette, J. W. Curtis, N. Gans, "Optimal Placement for Limited-Support Binary Sensors," *Proc. IEEE International conference on Robotics and Automation*, pp. 113–116, May, 2016

43. Y. Li and N. Gans, "Predictive RANSAC: An Effective Model Fitting and Tracking Approach with Application to Curve Fitting in Video", *Proc. American Controls Conference*, pp. 3620-3625, July, 2016.

44. K. Fathian, D. I. Rachinskii, M. W. Spong, N. R. Gans, "Globally Asymptotically Stable Distributed Control for Distance and Bearing Based Multi-Agent Formations *Proc. American Controls Conference,* pp. 4642 - 464, July, 2016.

45. M. J. Brown, E.-A. Lee, M. G. Grohman, N. Gans, and M. Tacca "It's Up to the Managers": The Deferral of Responsibility in Engineers' Discussion of Ethics," *Proc. Consortium for Socially Relevant Philosophy of/in Science*, May 2016

46. E.-A. Lee, M. G. Grohman, N. Gans, M. Tacca, and M. J. Brown, "A Role of Implicit Understanding of Engineering Ethics in Student Teams' Discussion ", *Proc. National Association for Research in Science Teaching Annual Conference,* April 2016.

47. A. Iqbal, C. Busso, C. and N.R. Gans, "Adjacent Vehicle Collision Warning System using Image Sensor and Inertial Measurement Unit",  *Proc. International Conference on Multimodal Interaction*, pp. 291-298, nov., 2015.

48. T. R. Bennett, N. Gans, and R. Jafari. "Multi-sensor data-driven: synchronization using wearable sensors," *In Proceedings of the 2015 ACM International Symposium on Wearable Computers*, pp. 113–116, September 7-11 2015

49. T. R. Bennett, N. Gans, and R. Jafari. "A data-driven synchronization technique for cyber-physical systems." *In Workshop on the Swarm at the Edge of the Cloud*, April 13 2015.

50. O. Ogunmolu, X. Gu, S. Jiang, and N. Gans, "A Real-Time, Soft Robotic Patient Positioning System for Maskless Head-and-Neck Cancer Radiotherapy: An Initial Investigation," *Proc. IEEE International Conf. Automation Science and Engineering,* August 2015

51. J. P. Ramirez, E. Doucette, J. W. Curtis, N. Gans, "Urban Target Search and Tracking Using a UAV and Unattended Ground Sensors," *Proc. American Control Conference,* July 2015

52. J. Jin, Y. Kim and S. Wee, and N. Gans, "Consensus based attractive vector approach for formation control of nonholonomic mobile robots," *Proc. IEEE International Conf. on Advanced Intelligent Mechatronics*, July 2015

53. E.-A. Lee, M. G. Grohman, N. Gans, M. Tacca, and M. J. Brown, "Situated and Expert-Guided Discussion of Engineering Ethics in Student Teams", *Proc. American Society of Engineering Education Annual Conference, June 2015*

54. J. Jin, Y. Kim and S. Wee, and N. Gans, "Decentralized Cooperative Mean Approach to Collision Avoidance for Nonholonomic Mobile Robots," *Proc. IEEE International Conf. on Robotics and Automation,* May 2015

55. J. Jin, Y.-G. Kim and S.-G. Wee, and N. Gans, "A Stable Switched-System Approach to Shared Robust Control and Obstacle Avoidance for Mobile Robots", *Proc. of the ASME Dynamic Systems and Control Conferences*, 2014.

56. J. Jin, and N.R. Gans, "A Stable Switched-System Approach to Obstacle Avoidance for Mobile Robots in SE(2)," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems, 2014*

57. T. R. Bennett, N. Gans, and R. Jafari, "Motion Based Acceleration Correction for Improved Sensor Orientation Estimates," *Proc. Body Sensors Networks Conference*, 2014

58. K. Fathian, J. Jin and N. Gans, "A New Approach for Solving the Five-Point Relative Pose Problem for Vision-Based estimation and Control," *Proc. American Control Conference 2014*

59. P. Ramirez, E. Doucette, J.W. Curtis, and N. Gans, "Moving Target Acquisition Through State Uncertainty Minimization," *Proc. American Control Conference 2014*

60. Y. Li, A.Iqbal, N.R. Gans, "Multiple lane boundary detection using a combination of low-level image features," *Proc. IEEE Conference on Intelligent Transportation Systems*, pp.1682-1687, 2014

61. S. Rodriguez, Y. Zhang, N. Gans, and N. Amato, "Optimizing aspects of pedestrian traffic in building designs," *Proc. IEEE/RSJ Symposium on Intelligent Robots and Systems, pp. 1327-1334,* 2014.

62. A. Satici, D. Tick, J. Shen, and N. Gans, "Path-Following Control For Mobile Robots Localized Via Sensor-Fused Visual Homography," *Proc. American Controls Conference. 2013*

63. T. Bennett, R. Jafari, and N. Gans, "An Extended Kalman Filter to Estimate Human Gait Parameters and Walking Distance," *Proc. American Controls Conference, 2013*

64. Y. Zhang and N. Gans, "Extremum Seeking Control of a Nonholonomic Mobile Robot with Limited Field of View," *Proc. American Controls Conference, 2013*

65. J. Shen, J. Jin and N. Gans "A Multi-View Camera-Projector System for Object Detection and Robot-Human Feedback," *Proc. of International Conference on Robotics and Automation,* 2013

66. J. Shen, J. Jin and N. Gans "A Trifocal Tensor Based Camera-Projector System for Robot-Human Interaction" *Proc. IEEE International Conference on Robotics and Biomimetics*, 2012

67. K. Fathian, F. Hassanipour, and N. R. Gans "Virtual Thermal Sensing And Control of Heat Distribution Using State Estimation," *Proc. ASME International Mechanical Engineering Congress & Exposition*, 2012

68. D. Tick, T. Rahman, C. Busso, N. Gans, "Robotic Terrain Classification Via Angular Velocity Based Hierarchical Classifier Selection," *International Conference on Robotics and Automation*, pp. 3594 – 3600, 2012

69. H. Poonawala, A. Satici, N. Gans, M. Spong, "Formation control of wheeled robots with vision-based position measurement," Proc. *American Control Conference,* pp. 3173-3178, 2012

70. Y. Zhang, N. Gans, "Simplex Guided Extremum Seeking Control," *Proc. American Control Conference*, pp. 3377 – 3382, 2012

71. Nagarajan, K., N.R. Gans and R. Jafari, "Modeling human gait using a Kalman Filter to measure walking distance", *Proc. Wireless Health Conference, 2011*

72. Y. Zhang, J. Shen, M. Rotea, N.R. Gans, "Robots Looking for Interesting Things: Extremum Seeking Control on Saliency Maps," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, pp. 1180 – 1186, 2011

73. P. Shankar, N. Raveendranathan, N.R. Gans, and R. Jafari. 2010. "Towards Power Optimized Kalman Filter for Gait Assessment Using Wearable Sensors" *Proc. Wireless Health Conference*, 137-144, 2010

74. J. Shen, D. Q. Tick, N.R. Gans, "Localization Through Fusion of Discrete and Continuous Epipolar Geometry with Wheel and IMU Odometry," *Proc. American Controls Conference*, 2010

75. K. Nagarajan, W. Yu, N.R. Gans, "Keeping Multiple Moving Objects in Field of View of a Mobile Robot," *Proc. IEEE International Workshop on Robotic and Sensors Environments*, pp.1-5, 2010

76. D. Q. Tick, J. Shen, and N.R. Gans, "Fusion of Discrete and Continuous Epipolar Geometry for Visual Odometry and Localization," *Proc. IEEE International Workshop on Robotic and Sensors Environments*, pp.1-6, 2010 (**Awarded Best Student Paper**)

77. N. R. Gans, J. Shen and J. W. Curtis, "Selection Of A UAV Orbit To Keep Multiple Targets In The Camera Field Of View," Proc. IEEE International Symposium on Intelligent Control (ISIC), pp.807-812, 2010

78. N. R. Gans, J.W. Curtis, J. Shea, P. Barooah and W. E. Dixon, "Balancing Mission Requirement for Networked Autonomous Rotorcrafts Performing Video Reconnaissance," *Proc. AIAA conference on Guidance, Navigation and Control,* 2009

79. N. R. Gans, G. Hu and W. E. Dixon, "Keeping Multiple Objects in the Field of View of a Single PTZ Camera," *Proc. American Controls Conference*, pp. 5259-5264, 2009

80. A. P. Dani, N. R. Gans and W. E. Dixon, "Position-Based Visual Servo Control of Leader-Follower Formation Using Image-Based Relative Pose and Relative Velocity Estimation," *Proc. of the American Control Conference*, pp. 5271-5276, 2009

81. N. Gans and J.W. Curtis, "A Performance Bound for Decentralized Moving Horizon Estimation," *Dynamics of Information Systems: Theory and Applications,* 2008

82. N. R. Gans, J. Shea, P. Barooah and W. E. Dixon, "Ensuring Network Connectivity of UAV's Performing Video Reconnaissance," *Proc. IEEE Military Communications Conference (MILCOM)*, 2008

83. A. P. Dani, S. Velat, C. Crane, N. R. Gans and W. E. Dixon, "Experimental Results for an Image-Based Pose and Velocity Estimation Method," *Proc. IEEE Conference on Control Applications*, pp. 1159-1164, 2008

84. R. Albertani, A. Chakravarthy and N. Gans, "Visual Flight Data and Frequency-Response Analysis Applied to Butterflies" (poster), *Proc. International Symposium on Adaptive Motion of Animals and Machines*, 2008

85. N. R. Gans, A. Dani, W. E. Dixon, *"*Visual Servoing to an Arbitrary Pose with Respect to an Object Given a Single Known Length,*" Proc. of the American Control Conference*, pp. 1261-1267, 2008

86. G. Hu, W. Mackunis, N. Gans, and W. E. Dixon, " Homography-Based Visual Servo Control via An Uncalibrated Camera," *Proc. American Controls Conference*, 2008, pp. 4791-4796

87. G. Hu, N.R. Gans, W.E. Dixon, "Quaternion-Based Visual Servo Control in the Presence of Camera Calibration Error," *IEEE Multi-conference on Systems and Control*, 2007, pp. 1492-1497

88. G. Hu, N.R. Gans, S. Mehta, W.E. Dixon, "Daisy Chaining Based Visual Servo Control Part I: Adaptive Quaternion-Based Tracking Control," *Proc. IEEE Multi-conference on Systems and Control*, 2007 pp. 1474-1479

89. G. Hu, S. Mehta, N.R. Gans, W.E. Dixon, "Daisy Chaining Based Visual Servo Control Part II: Extensions, Applications and Open Problems," *Proc. IEEE Multi-conference on Systems and Control*, 2007, pp. 729-734

90. W. Mackunis, N.R. Gans, M. Kaiser, W. E. Dixon, "Unified Tracking and Regulation Visual Servo Control for Wheeled Mobile Robots," *Proc. IEEE Multi-conference on Systems and Control*, 2007, pp. 88-93

91. K. Dupree, N.R. Gans, W. Mackunis, W. E. Dixon, "Euclidean Calculation of Feature Points of a Rotating Satellite: A Daisy Chaining Approach," *Proc. American Controls Conference*, 2007, pp. 5934-5939

92. K. Kaiser, N.R. Gans, W.E. Dixon, "Localization and Control of an Aerial Vehicle through Chained, Vision-Based Pose Reconstruction," *Proc. American Controls Conference*, 2007, pp. 3874-3879

93. N.R. Gans, S.A. Hutchinson, "A Stable Vision-Based Control Scheme for Nonholonomic Vehicles," *Proc. IEEE International Conf. on Robotics and Automation*, 2007, pp. 2196 - 2201

94. S.S. Mehta, G. Hu, N.R. Gans, W.E. Dixon, "Vision-Based Collaborative Tracking Control of Unmanned Ground Vehicles," *Proc. IEEE Conference on Decision and Control*, 2006, pp. 3867-3872.

95. N.R. Gans and S.A Hutchinson, "Visual Servo Velocity and Pose Control of a Wheeled Inverted Pendulum through Partial-Feedback Linearization," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, 2006, pp. 3823-3828

96. N.R. Gans and S.A. Hutchinson, "Multi-Attribute Utility Analysis in the Choice of a Vision-Based Robot Controller," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, 2004, pp. 355-362

97. B. Chambers, N.R. Gans, J. Durand and S.A. Hutchinson, "Dynamic feature point detection for visual servoing using multiresolution critical-point filters," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, 2003, pp. 504–509

98. N.R. Gans and S.A. Hutchinson, "An Asymptotically Stable Switched System Visual Servo Controller for Eye in Hand Robotics," *Proc. IEEE/RSJ International Conference on Intelligent Robots and Systems*, 2003, pp. 735 - 742

99. N.R. Gans and S.A. Hutchinson, "An Experimental Study of Hybrid Switched System Approaches to Visual Servoing," *Proc. IEEE International Conf. on Robotics and Automation*, 2003, pp. 3061 - 3068

100. N.R. Gans, P.I. Corke and S.A. Hutchinson, "Performance Tests of Partitioned Approaches to Visual Servo Control," *Proc. IEEE International Conf. on Robotics and Automation*, 2002, pp. 1616-1623

101. N.R. Gans, P.I. Corke and S.A. Hutchinson, "Comparison of Robustness and Performance of Partitioned Image Based Visual Servo Systems," *Proc. of Australian Conference on Robotics and Automation*, Sydney, 2001