UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:17-cv-495

Name of party requesting extension: Huawei Device USA, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/14/2017

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/4/2017  *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Steven M. Geiszler
State Bar No.: 24032227
Firm Name: Futurewei Technologies, Inc.
Address: 5340 Legacy Drive, Suite 175
Plano, Texas 75024

Phone: 469.277.5763
Fax: 469.277.5900
Email: steven.geiszler@huawei.com

A certificate of conference does not need to be filed with this unopposed application.