IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYWEE GROUP LTD.,**  Plaintiff,  v.  **HUAWEI DEVICE CO., LTD.,** *ET AL.*  Defendants. | No. 2:17-cv-495 RWS RSP  Patent Case  Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO COMPLAINT**

Defendant Huawei Device USA, Inc. (Huawei"), through its undersigned counsel, respectfully move the Court to extend the time for Huawei to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint on or before October 11, 2017.  Huawei seeks this extension to align its answer deadline with the October 11, 2017 answer deadline for co-defendants Huawei Device Co., Ltd. and Huawei Device (Dongguan) Co., Ltd.  Thus, the requested extension will not cause delay in this action but, rather, greater efficiency for both sides and the Court.  Counsel for Huawei consulted with counsel for Plaintiff, and Plaintiff does not oppose the extension.

Dated:  July 26, 2017                                        Respectfully submitted,

                                                By:  */s/ Steven M. Geiszler*
                                                     Steven M. Geiszler
                                                     steven.geiszler@huawei.com
                                                     Texas Bar No. 24032227
                                                   **Futurewei Technologies, Inc.**
                                                   5340 Legacy Drive, Suite 175
                                                   Plano, Texas  75024
                                                   (469) 277-5763 - Telephone
                                                   (469) 277-5900 - Facsimile

                                                   *Counsel for Defendants Huawei Device Co., Ltd.; Huawei Device (Dongguan) Co., Ltd.; and Huawei Device USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 26, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Steven M. Geiszler*
                                                   Steven M. Geiszler