IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYWEE GROUP LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**HUAWEI DEVICE CO., LTD.,** *ET AL.*<br><br>Defendants. | No. 2:17-cv-495 RWS RSP<br><br>Patent Case<br><br>Jury Trial Demanded |

## ORDER

Before the Court is Defendant Huawei Device USA, Inc.'s unopposed motion for an extension of time until October 11, 2017 to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint. Having considered the same, the Court is of the opinion the motion should be, and hereby is, GRANTED.

**SIGNED this 27th day of July, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE