IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| CYWEE GROUP LTD., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2:17-CV-00495-RWS-RSP |
| v. | § | |
| | § | |
| HUAWEI DEVICE CO. LTD., | § | |
| HUAWEI DEVICE (DONGGUAN) | § | |
| CO. LTD., AND HUAWEI DEVICE | § | |
| USA, INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

By: _____*/s/ J. Mark Mann*_____
   **J. Mark Mann**
   State Bar No. 12926150
   mark@themannfirm.com
   **G. Blake Thompson**
   State Bar No. 24042033
   blake@themannfirm.com

**ATTORNEYS FOR DEFENDANTS
HUAWEI DEVICE CO. LTD., HUAWEI
DEVICE (DONGGUAN) CO. LTD., AND
HUAWEI DEVICE USA, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 11th day of October, 2017.

                                    _____*/s/ J. Mark Mann*_____
                                    **J. Mark Mann**