## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **CYWEE GROUP LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 2:17-CV-00495-RWS-RSP** |
| **v.** | § | |
| | § | |
| **HUAWEI DEVICE CO. LTD.,** | § | |
| **HUAWEI DEVICE (DONGGUAN)** | § | |
| **CO. LTD., AND HUAWEI DEVICE** | § | |
| **USA, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)


By: _____ */s/ G. Blake Thompson* _____
    **G. Blake Thompson**
    State Bar No. 24042033
    blake@themannfirm.com
    **J. Mark Mann**
    State Bar No. 12926150
    mark@themannfirm.com

    **ATTORNEYS FOR DEFENDANTS**
    **HUAWEI DEVICE CO. LTD., HUAWEI**
    **DEVICE (DONGGUAN) CO. LTD., AND**
    **HUAWEI DEVICE USA, INC.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 11th day of October, 2017.

_____ */s/ G. Blake Thompson* _____
**G. Blake Thompson**