**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,**<br>     **Plaintiff,**<br><br>**v.**<br><br>**HUAWEI DEVICE CO. LTD.,**<br>**HUAWEI DEVICE (DONGGUAN)**<br>**CO. LTD., AND HUAWEI DEVICE**<br>**USA, INC.,**<br>     **Defendants.** | **CIV. NO. 2:17-CV-00495-RWS-RSP**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT, HUAWEI DEVICE USA, INC.'S**
**UNOPPOSED SECOND MOTION TO EXTEND TIME TO ANSWER**
**PLAINTIFF, CYWEE GROUP LTD.'S SECOND AMENDED COMPLAINT**

Before the Court is Defendant, Huawei Device USA, Inc.'s Unopposed Second Motion to

Extend the Time to Answer Plaintiff's Second Amended Complaint (Dkt. No. 10). Having

considered the Motion, the Court is of the opinion the Motion should be and hereby is

**GRANTED**. It is **ORDERED** that the time for Defendant to answer or otherwise respond to

Plaintiff's Second Amended Complaint is further extended until October 16, 2017.

   **SIGNED this 16th day of October, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE