# EXHIBIT 1

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801328619 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | October 8, 2010 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32042791239 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Huawei Device USA Inc. |
| **Address:** | 5700 TENNYSON PKWY, #600<br>PLANO, TX 75024 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** |
| C T Corporation System | | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.