**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,**<br>　　Plaintiff,<br><br>　　v.<br><br>**HUAWEI DEVICE CO. LTD.,<br>HUAWEI DEVICE (DONGGUAN)<br>CO. LTD., AND HUAWEI DEVICE<br>USA, INC.,**<br><br>　　Defendants. | **CIV. NO. 2:17-CV-00495-RWS-RSP**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING HUAWEI DEVICE CO. LTD., HUAWEI DEVICE
(DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.'S
<u>MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

Upon consideration of Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint, the Court is of the opinion that the Motion should be granted.

IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint against Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. is dismissed.