IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CYWEE GROUP LTD.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 2:17-CV-00495-RWS-RSP |
| v. | § | |
| | § | |
| **HUAWEI DEVICE CO. LTD.,** | § | |
| **HUAWEI DEVICE (DONGGUAN)** | § | |
| **CO. LTD., AND HUAWEI DEVICE** | § | |
| **USA, INC.** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **Matthew S. Warren** of WARREN LEX LLP, 2261 Market Street, No. 606, San Francisco, California 94114 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,


By:     */s/ Matthew S. Warren*
    MATTHEW S. WARREN (CA Bar 230565)
    matt@warrenlex.com
    WARREN LEX LLP
    2261 Market Street, No. 606
    San Francisco, CA 94114
    Tel. (415) 895 2940
    Fax. (415) 895 2964


**ATTORNEYS FOR DEFENDANTS
HUAWEI DEVICE CO. LTD., HUAWEI
DEVICE (DONGGUAN) CO. LTD., AND
HUAWEI DEVICE USA, INC.**


### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 31st day of October, 2017.

    */s/Matthew S. Warren*
    **Matthew S. Warren**