**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **CIV. NO. 2:17-CV-00495-RWS-RSP** |
| **HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.,** ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES

The Court after considering the agreed motion to extend infringement contentions and related disclosures hereby GRANTS the motion.

CyWee's deadline for Infringement Contentions and Related Disclosures shall be extended from Friday December 29, 2017, to Friday, January 12, 2018.

**SIGNED this 30th day of December, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE