**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,** )  |  |
|   Plaintiff, ) |  |
| v. ) |  |
| ) | CIV. NO. 2:17-CV-00495-RWS-RSP |
| **HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.,** ) ) ) | **JURY TRIAL DEMANDED** |
|   Defendants. ) |  |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO SUBMIT PROPOSED DOCKET CONTROL ORDER
AND DISCOVERY ORDER**

The Court, after considering the agreed motion for a short extension of time to submit the parties' proposed docket control order and discovery order, from Thursday, January 25, 2018, to Monday, January 29, 2018, GRANTS the motion.

**SIGNED this 25th day of January, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE