# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., <br><br> *Defendants.* | CASE NO. 2:17-cv-00495-RWS-RSP <br><br><br> JURY TRIAL DEMANDED |

## JOINT UNOPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff CyWee Group Ltd. and Defendants Huawei Device Co. Ltd.,

Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. jointly submit

an agreed Docket Control Order, attached hereto as Exhibit A.


Dated: January 29, 2018                Respectfully submitted,

/s/ *William D. Ellerman*
Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso G. Chan (Texas 24012408)
achan@shorechan.com
Christopher Evans (Texas 24058901)
cevans@shorechan.com
Ari B. Rafilson (Texas 24060456)
arafilson@shorechan.com
William D. Ellerman (Texas 24007151)
wellerman@shorechan.com
Paul T. Beeler (Texas 24095432)
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

**Counsel for CyWee Group Ltd.**

/s/ *J. Mark Mann*
J. Mark Mann (Texas 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas 24042033)
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main
Henderson, TX 75652
Telephone : (903) 657-8540
Facsimile : (903) 657-6003

Kristopher L. Reed (CO 36991)
kreed@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Steet, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 265-9618

Steven D. Moore (CA 290875)
Benjamin M. Kleinman-Green (CA 261846)
Bkleinman-green@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone : (415) 576-0200
Facsimile : (415) 576-0300

Matthew Warren (CA 230565)
Elaine Y. Chow (CA 194063)
WARREN LEX LLP
2261 Market Street, Suite 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
17-495@cases.warrenlex.com

***Counsel for Defendants Huawei
Device Co., Ltd., Huawei Device
(Dongguan) Co., Ltd., and Huawei
Device USA, Inc.***