**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,** | ) |
|    **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.,** | ) ) ) |
|    **Defendants.** | ) |
| | ) |

**CIV. NO. 2:17-CV-00495-RWS-RSP**

**JURY TRIAL DEMANDED**

**ORDER GRANTING AGREED MOTION FOR FURTHER EXTENSION
OF TIMETO SUBMIT PROPOSED PROTECTIVE ORDER**

The Court, after considering the agreed motion for an additional extension of time to submit the parties' proposed protective order, from Monday, February 26, 2018, to Tuesday, February 27, 2018, GRANTS the motion.

**SIGNED this 27th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE