**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:17-CV-00495-RWS-RSP |
| ) | |
| **HUAWEI DEVICE CO. LTD.,** ) | |
| **HUAWEI DEVICE (DONGGUAN)** ) | **JURY TRIAL DEMANDED** |
| **CO. LTD., AND HUAWEI DEVICE** ) | |
| **USA, INC.,** ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO FILE AMENDED**
**COMPLAINT AND INFRINGEMENT CONTENTIONS**

Plaintiff CyWee Group Ltd. and Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc., hereby stipulate as follows:

WHEREAS, Plaintiff and Defendants agree that Plaintiff will file a third amended complaint in order to include further detail regarding its allegations of indirect infringement, and to add additional products described below;

WHEREAS, Plaintiff further wishes to amend its infringement contentions to provide further information related to its allegations of indirect infringement;

WHEREAS, Plaintiff further wishes to amend its infringement contentions to add accusations against the Mate 10, Mate 10 Pro, and Mate 10 Porsche Design products, with those new accusations substantively identical to those in its previously served infringement contentions except directed against the newly accused products and as noted in the prior paragraph;

WHEREAS, the parties have met and conferred in an effort to relieve themselves and the Court of unnecessary motion practice;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiff shall file its third amended complaint and serve its amended infringement contentions by Friday, May 11, 2018; and

2. Defendants need not respond to the second amended complaint, and shall respond to the third amended complaint by Friday, June 1, 2018;

Date: April 11, 2018

Respectfully submitted,

__/s/ William D. Ellerman_____
Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso G. Chan (Texas 24012408)
achan@shorechan.com
Christopher Evans (Texas 24058901)
cevans@shorechan.com
Ari B. Rafilson (Texas 24060456)
arafilson@shorechan.com
William D. Ellerman (Texas 24007151)
wellerman@shorechan.com
Paul T. Beeler (Texas 24095432)
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Counsel for CyWee Group Ltd.*

Date:   April 11, 2018	Respectfully submitted,

      /s/ J. Mark Mann_____
J. Mark Mann
TX Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
TX Bar No. 24042033
blake@themannfirm.com
**MANN TINDEL THOMPSON**
300 West Main Street
Henderson, Texas, 75652
(903) 657-8540 Telephone
(903) 657-6003 Facsimile


Steven D. Moore (CA Bar No. 290875)
Kristopher L. Reed (CA Bar No. 235518)
Benjamin M. Kleinman-Green (CA Bar No. 261846)
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, California, 94111
+1 (415) 576-0200
+1 (415) 576-0300 facsimile
huaweicywee@kilpatricktownsend.com

Matthew S. Warren (CA Bar No. 230565)
Elaine Y. Chow (admitted *pro hac vice*)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
17-495@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 11, 2018.

                                                */s/ J. Mark Mann*
                                                **J. Mark Mann**