**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CYWEE GROUP LTD.,**  *Plaintiff,*  v.  **HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.,**  *Defendants.* | **CASE NO.  2:17-cv- 0495-RWS-RSP**  **JURY TRIAL DEMANDED** |

**ORDER GRANTING STIPULATION TO FILE
AMENDED COMPLAINT AND INFRINGEMENT CONTENTIONS**

After a review of the stipulation between Plaintiff CyWee Group Ltd. and Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc., in this action, in furtherance of the management of the Court's docket under Federal Rule of Civil Procedure 16, and after receiving the input of the parties to this action, it is ORDERED AS FOLLOWS:

1. Plaintiff shall file its third amended complaint and serve its amended infringement contentions by Friday, May 11, 2018; and

2. Defendants need not respond to the second amended complaint, and shall respond to the third amended complaint by Friday, June 1, 2018;

**SIGNED this 13th day of April, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE