- **Turn your phone into a universal remote control**: Add your home electronics to the Smart Remote and you won't have to worry about misplacing remotes any more. The remote control buttons can be customized to fit your own preferences so the remote is easier to use.
- **Use your phone as a remote control for your camera**: Take better group photos by using your phone as a remote control for your camera. Smart Remote helps you to get the best shot and capture natural expressions when taking photos.

## Use Smart Remote to Control Your Home Electronics

Use Smart Remote to add, customize, and set up remote controls, allowing effortless control of your electronic appliances through your phone.

- For aesthetic reasons, your phone's infrared sensor is embedded within the device. This means that the angle of effectiveness is smaller compared to most remote controls at around 0–45°. When attempting to control a device via remote, point the infrared transmitter on the top of the phone directly at the target appliance.
- To avoid excess power consumption, the power output of your phone's infrared transmitter is lower than in most remote controls, with an effective range of no greater than 7 meters.

**Add a remote control**: Open Smart Remote, touch **Add remote control**, and select the remote control type (television, air-conditioner, set-top box, camera, streaming box, DVD player, projector) and brand. Aim your phone at the device, and follow the onscreen instructions to add.

**Customize a remote control**: Open Smart Remote, touch + > **Customize**, select the controller template, and touch the gray button to learn controller functions. During learning, keep the phone and remote control still and at a distance of around 5 cm from each other. Keep the button held for at least 2 seconds.

Air-conditioner remote controls do not support customization.

**Set up a remote control**: Open Smart Remote, touch **Settings**, and enable or disable button sounds and vibration.

When you want to take group photos, don't worry about having to use a camera remote control or timer. Use Smart Remote on your phone to capture special moments with ease.

# Use Recorder to Make Audio Notes

Not enough time to write down all the important details during a meeting? Need to sort out a pile of notes from an interview or class? Recorder lets you record audio files that you can conveniently play back later.

Enable Recorder, swipe left or right on the screen and select a recording scenario. Touch to begin recording. In the process of recording, you can add tags at important points as you require. Touch to finish recording and save the audio file.

After the recording is completed, you can:

- **Play recording from tag**: Touch **Recordings**, then touch a recording to switch to the play interface. Swipe left on the play interface to switch to the tag page. Here you can choose a tag and play the recording from that point.

- **Manage recordings**: Touch **Recordings** to access options such as sorting and sharing recordings.



Swipe down on the screen to display the search bar

Touch and hold to manage the recording

Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á
Á



## Import Data from a Huawei Device

What's the best way to export data from an existing Huawei device to your new device? Use Phone Clone or Cloud Backup to quickly and conveniently transfer data from an existing device to your new one.

Open **Settings** and go to **System** > **Data transfer** > **From Huawei device**. Select any of the following methods to import data from an existing device:

- **Use Wi-Fi to transfer data without incurring mobile data costs**: On your existing device, touch **With old phone (Phone Clone)** and follow the onscreen instructions to install the **Phone Clone** app. Open the app and follow the onscreen instructions to scan the QR code displayed on your new Phone. Alternatively, connect your existing device to your new Phone's Wi-Fi hotspot to establish a connection. After establishing a connection, select and transfer data from your existing device to your new one.

- **Import data from a computer**: Install the HiSuite app on your computer and connect your existing Huawei device to your computer using a USB data cable. The HiSuite app will open automatically. Follow the onscreen instructions to back up data from your existing device to your computer. After backup is complete, connect your new Phone to your computer using a USB data cable. Open the HiSuite app and go to the data recovery page. Follow the onscreen instructions to export the data to your new Phone.

- **Use a microSD card to transfer data to your new device**: Insert a microSD card into your existing device and copy data to the microSD card. Remove the microSD card from your existing device and insert it into your new Phone. Touch **With SD card** on your new device and follow the onscreen instructions to select data to transfer to your new device.

   Not all devices support microSD cards.

## Import Data from Other Android Devices

Want to import data from a non-Huawei Android device to your new Phone? You can use Phone Clone to transfer data quickly without needing a data cable or using mobile data.

Open  **Settings** and go to **System** > **Data transfer** > **From other Android device**. Follow the onscreen instructions to install **Phone Clone** on your existing Android device. Open **Phone Clone** on your existing device and follow the onscreen instructions to scan the QR code displayed on your new Phone. Alternatively, connect your existing device to your new Phone's Wi-Fi hotspot to establish a connection. After establishing a connection, select and transfer data from your existing Android device to your new device.

## Import Data from an iOS Device

Want to import data from an iPhone or iPad to your Phone? You can use Phone Clone to transfer data quickly without needing a data cable or using mobile data.

Open  **Settings** and go to **System** > **Data transfer** > **From iOS device**. Follow the onscreen instructions to install **Phone Clone** on your existing iOS device. Open **Phone Clone** and follow the onscreen instructions to connect your iOS device to your new Phone. Then follow further onscreen instructions to begin data transfer.

# Huawei ID and Multiple Users

## Multiple Users

### Multiple Users: Create Separate User Accounts on Your Phone

Want to lend your Phone to someone else but don't want them accessing your private files and information? Add multiple users and user types to protect your information privacy when lending your Phone to others. Your settings and files will not be affected. You can also log in to your Phone with two user accounts, such as one for work and one for personal use, and quickly switch between them with a single touch.

You can create three different types of users:

- **Owner**: The Phone's owner. Log in as the owner when you are using your device. As the owner, you have access to all actions, such as adding or deleting users and guests, and giving users permission to make calls and send text messages.
- **User**: Add family members and close friends as users. Users can perform most actions but cannot perform actions that will affect the owner, such as restoring the device to factory settings or enabling Do not disturb mode.
- **Guests**: Add casual acquaintances as guests. Guests can only perform a limited number of actions.

### Add Multiple Users to Your Device

Want to have more than one user account on your Phone to keep your work and personal life separate? You can add multiple users to your Phone and switch between them with a single touch.

Open  **Settings** and go to **Users & accounts** > **Users**. From here you can:

- **Add a user**: Touch **Add user**, enter a name for the user and touch **ADD**. After you add a new user, you can switch to the new user and follow the onscreen instructions to configure the user's account settings.

   A maximum of three users can be added.

- **Delete a user**: Log in with the owner account and open the **Users** screen. Select the user you want to delete and touch **Delete user** > **DELETE** to delete the user.

   Alternatively, swipe down from the status bar and touch  > **More settings**. Select the user you want to delete and touch **Delete user** > **DELETE**.

- **Add or delete guests**: From the **Users** screen, touch **Add guest** > **ADD** to add a new guest user. To delete a guest user, from the same screen, go to **Guest** > **Delete guest** > **DELETE**.

- **Switch to a different user**: From the **Users** screen, touch the profile picture of the user you want to switch to and then touch **Switch user**. Alternatively, swipe down on the status bar, touch  and then touch the profile picture of the user you want to switch to. If the owner has

set a lock screen password for the device, you will be prompted to enter the password when switching back to the owner from another user.

- **Change a user account name or profile picture**: From the **Users** screen, switch to the relevant user and touch . Follow the onscreen instructions to change the user's name or profile picture.

- **Allow a user to make calls and share call records**: Log in with the owner account. From the **Users** screen, select a user and then select **Allow calls, messages, and sharing of communication history**.

# Device Connection

## Bluetooth

### Connect Your Phone to Bluetooth Devices

Use Bluetooth to connect your Phone to Bluetooth headsets and in-car Bluetooth to navigate or listen to music while you drive. You can also connect your Phone to Bluetooth wearables to record and manage fitness data. Connecting Bluetooth devices to your phone does not increase power consumption significantly.



**Bluetooth protocols used by Huawei devices and their functions**:

| HFP, HSP | Make calls |
|----------|------------|
| A2DP | Play music |
| AVRCP | Control music playback |
| OPP | Transfer files |
| PBAP | Sync contacts |
| MAP | Sync text messages |

| HID | Operate Bluetooth keyboards and mouses |
|---|---|
| PAN | Tethering |
| BLE | Connect to Bluetooth Low Energy (BLE) devices |

**Enable or disable Bluetooth**: From the home screen, swipe down from the status bar, open the shortcuts panel, and then touch ✳ to enable or disable Bluetooth. Touch and hold ✳ to open the Bluetooth settings screen.

**Pair a Bluetooth device**: Enable **Bluetooth** from the Bluetooth device's settings screen. Check that the Bluetooth device is set to visible. From **Available devices**, touch the device you want to pair and then follow the onscreen instructions to complete pairing.

**Unpair a Bluetooth device**: Enable **Bluetooth** from the Bluetooth device's settings screen. Touch ⓘ next to the name of the paired device and then touch **Unpair**.

**Change Bluetooth device name**: From the Bluetooth settings screen, enable **Bluetooth**. Touch **Device name**, enter a new name for the device, and then touch **Save**.

**View Bluetooth help**: From the Bluetooth settings screen, touch ⓘ to view information on how to establish Bluetooth connections with in-car systems, headsets, speakers, wearables, phones, tablets, and computers.

## Use Bluetooth to Share Data

Connect your phone to another device over Bluetooth to share data, import and export contacts, and set up Internet tethering.

**Use Bluetooth to send files**: Ensure that your phone is within Bluetooth range of the other device (10 m or 32 ft). You can then establish a Bluetooth connection and share multimedia files, web pages, contacts, documents, and apps between the two devices. Open ▨ **Files**, touch and hold the file that you want to send, and then go to **More** > **Share** > **Bluetooth**. Follow the onscreen instructions to enable Bluetooth. When the other device is detected (Bluetooth must be enabled and the device must be visible), touch the name of the device to establish a connection and start sending files.

**Receive files over Bluetooth**: From the home screen, swipe down from the status bar, open the shortcuts panel, and then touch ✳ to enable Bluetooth. Touch **Accept** on the file transfer notification to begin receiving the files. Received files are saved to the **bluetooth** folder in **Files** by default.

**Import or export contacts over Bluetooth**: Open ▨ **Contacts** and go to ⋮ > **Import/ Export** to perform the following:

- **Import contacts**: Touch **Import from another phone** and select **Supports Bluetooth**. Follow the onscreen instructions to establish a Bluetooth connection with the other device. Contacts from the other device will then be imported to your Phone automatically.

Device Connection

- **Export contacts**: Touch **Share contacts**, select the contacts that you want to share, touch

  and select **Bluetooth**. Follow the onscreen instructions to establish a Bluetooth connection with the other device. Those contacts selected will be exported from your Phone to the other device automatically.

# Near Field Communication (NFC)

## NFC: Transfer Data Over Short Distances

NFC (Near Field Communication) is a technology that enables short-distance wireless communication. Through NFC's point-to-point mode, two devices can transfer data in real time when they are within 10 cm (4 inches) of each other. Photos, networks, and apps can all be quickly shared using this method. NFC read/write mode lets you check product information contained in NFC tags. NFC card emulation mode allows your device to act as a bank card for quick and easy payments.



## Use NFC to Share Data Quickly

NFC lets you share data between two devices quickly without all the hassle of pairing.



**Use NFC to send data**: Open  **Settings**, touch **Device connection** and enable **NFC** and **Huawei Beam**. Select the files you want to send and touch **Share** > **Huawei Beam** to enable NFC. Keep your phone unlock and light on. Place the NFC detection areas of both devices close together. Once a connection is established, the sending device will play an audio prompt and the sharing screen will minimize. Touch the sending device's screen to begin sending files.

**Accepting files over NFC**: Open **Settings**, touch **Device connection** and enable **NFC** and **Huawei Beam**. Keep your phone unlock and light on. Place the NFC detection areas of both devices together. Once a connection is established, the sending device will play an audio prompt. Wait for the file transfer to complete. Received files are saved to the **beam** folder in **Files** by default.

🛈 If there is a **Read and write/P2P** switch on the NFC screen, ensure it is also enabled.Features may vary depending on your carrier.

## Use NFC to Connect Devices Quickly

Place the NFC detection areas of two devices close together to quickly establish a Bluetooth or Wi-Fi connection between them. You can also use this method to establish a Wi-Fi Direct connection or share a Wi-Fi hotspot without entering connection details manually.



Using Bluetooth pairing as an example, enable NFC, Huawei Beam, and Bluetooth on both devices. Open the Bluetooth pairing screen on both devices and place the NFC detection areas of devices close together. When the sending device plays an audio prompt and content on the screen shrinks, follow the onscreen instructions and touch the screen on the sending device to establish a Bluetooth connection.

> 🛈 If there is a **Read and write/P2P** switch on the NFC screen, ensure it is also
> enabled.Features may vary depending on your carrier.

# Projection

### Connect Your Phone to an External Display for PC-Like Functionality

When you connect your phone to an external display, it behaves like a computer, so you no longer need to lug your laptop back and forth between the office and home. Simply use an adapter (such as a USB Type-C to HDMI adapter cable) to connect your phone to a display device, such as a PC monitor or projector. You can then combine all the benefits of a desktop computer, with the convenience of a mobile phone.

Use the following features when your phone is connected to an external display:

- **Privacy protection**: Notifications, incoming calls, and chat messages are displayed as red dots in the phone's notification panel, but are not visible on the external display.
- **Dual displays**: Display work-related content on the external display while you chat with friends on your phone.

101

- **Desktop experience**: Enjoy a desktop experience with Android apps. Open multiple windows, manage files, search your phone, or change the desktop wallpaper. You can also connect a mouse, keyboard, and other peripherals.



## Connecting your Phone to an External Display

Use a dongle-type adapter to connect your phone to an external display, or a dock-type adapter to connect your phone to a display, keyboard, and mouse simultaneously.

- **Dongle-type adapters**: USB Type-C to HDMI adapters are supported. If the external display has an HDMI port, use a USB Type-C to HDMI adapter to connect your phone to the external display.
- **Dock-type adapters**: USB Type-C to HDMI/USB/USB adapters are supported. If the external display has an HDMI port, but you also want to connect a mouse and keyboard to your phone, use a USB Type-C to HDMI/USB/USB adapter.

Alternatively, use a USB Type-C to DisplayPort/HDMI cable to directly connect your device to the external display.



- To ensure full compatibility, visit Vmall and buy an adapter that is designed to work with your device.
- When your Phone is connected to an external display via an adapter, you can plug the adapter into a charger to charge your phone. The charger must meet Huawei's 5 V/4.5 A, 5 V/2 A, or 9 V/2 A charging specification. Devices with a power output of less than 5 V/2 A should not be used.
- If you connect the adapter to too many devices, it may not function properly.
- You can also use Bluetooth to connect a mouse or keyboard to your phone directly.
- If the desktop does not fit onto the external display, use the settings menu on the display device to change the image adjustment mode to automatic. If necessary, refer to the user manual for the display device.

After connecting your Phone to the external display, there are two projection modes:

- **Phone**: The same content is displayed on your phone and on the external display.
- **Desktop**: Different content is displayed on your phone and on the external display. For example, you can view office apps on the external display and messaging apps on your phone.

Drag down from the status bar on your phone, or open the notification center on the external display to switch between **Phone** and **Desktop**.

## Use Your Phone as a Touchpad

If you've connected your phone to an external display, but you don't have a keyboard or mouse, you can turn your phone into a virtual keyboard and pointing device in a few simple steps.

Swipe down from the status bar and touch **Virtual keyboard and mouse** in the shortcuts panel. This feature can be used in the following ways:

- Use touch gestures to simulate mouse commands.



One finger touch - left-click

Double touch - select text

Two finger touch - right-click

Two finger swipe - browse page

- Enter text using a virtual keyboard when an external keyboard is not connected.
  - The virtual keyboard is unavailable when an external keyboard is connected.

## Project Your Phone Screen onto an External Display

**Desktop layout**: View content on your phone in a desktop layout. Touch the signal status icon in the status bar to open the notification center; touch the time to open the calendar; or use the on-screen navigation icons as you would in the navigation bar.



Desktop apps/documents

Search bar

Start menu

Task bar

Status bar

**Multiple windows**: When you're working on something important, open more than one window so that you can cross reference documents and increase your productivity.



**File management**: Manage your files conveniently. You can save files to the desktop, create new files or folders, and rename or delete files.

**Quick search**: Locate files in a flash. Search for documents, multimedia files, and start menu apps from the start menu search bar.

**Change your desktop wallpaper**: An inspiring desktop can brighten your mood and boost your productivity. Right-click the mouse on the desktop to change the desktop wallpaper.

**Create app shortcuts**: Touch and hold an app on the start menu and drag it to the desktop to create a convenient shortcut.

# Multi-screen Display

## Multi-screen: Share Your Device's Content on a Larger Screen

Connect your phone and your TV/streaming box to the same Wi-Fi network to use multi-screen sharing. When you look at pictures, you can display them on your TV and share happy memories with your friends and family.



| Protocol Type | Connection Instructions | Connection Methods | Image Sharing Method |
|---|---|---|---|
| Miracast Protocol | Mirror what is shown on your device's screen on a separate device that supports Miracast (like a TV, projector, or other display). | Directly connect over Wi-Fi and turn on the screen sharing function (like Miracast) on the external device. | Everything displayed on your device will be shared to the display on the external device. When playing music and videos, only the image will be shown on your device; no audio will play. |

## Multi-screen: Mirror Your Screen

**Select a display device**: Swipe down from the status bar and open the shortcuts panel. Touch ⊡ to open multi-screen. After a display device is discovered, choose one of the supported connection methods, as indicated by the icons ( 🛜 ). If your display device does not support the above connection methods, you can buy an Android set-top box and connect it to your display device.

🛜: Miracast is supported. You can mirror your screen to the display device.

**Mirror the screen to a display device**: Swipe down from the status bar and open the shortcuts panel. Touch ⊡ to open multi-screen. Select the display device you want to use from the list.

Enable the Miracast feature on the display device if necessary. See the device manual for instructions.

To stop mirroring your screen, touch ⬚ > **Disconnect**.

# Connecting USB Device

## Transfer Data Between Your Phone and Computer

Use a USB cable to connect your phone to your computer and transfer data.

**Select USB connection mode**

**1** Use a USB cable to connect your phone to the computer or another device. An "**Allow access to device data?**" dialog box will appear on your phone.

**2** Touch **No, charge only**.

**3** Swipe down from the status bar to open the notification panel, and then touch **Charging via USB** to select a USB connection method.

- **Charge only**: Use the USB connection only to charge your phone.

- **Device file manager (MTP)**: Transfer files between your phone and computer.

- **Camera (PTP)**: Transfer pictures between your phone and a computer. If your computer does not support MTP, you can use PTP to transfer files and pictures between your phone and computer.

- **Reverse charging**: Connect your phone to another device with a USB Type-C cable to charge the other device.

- **MIDI**: Use your phone as a MIDI input device and play music on your computer.

Connect your phone to your computer using a USB cable to transfer data and perform other tasks.

- **Send files**: MTP (Media Transfer Protocol) is a protocol that allows you to transfer media files. You can use it to transfer files between your phone and computer. Before using MTP, please install Windows Media Player 11 or later on your computer.
  Swipe down from the status bar to open the notification panel, and then set your USB connection method to **Device file manager (MTP)**. Your computer will then install the necessary drivers. On your computer, open the drive that is named after your phone's model to browse files stored on your phone. You can also browse multimedia content on your phone using Windows Media Player.

- **Transfer images**: PTP (Picture Transfer Protocol) is a protocol that allows you to transfer images. You can use it to transfer images between your phone and computer more conveniently.
  Swipe down from the status bar to open the notification panel, and then set your USB connection method to **Camera (PTP)**. Your computer will then install the necessary drivers. On your computer, open the drive that is named after your phone's model to browse images stored on your phone.

- **Transfer MIDI data to your phone**: MIDI (Musical Instrument Digital Interface) is an industry standard audio format for composers and electronic instrument manufacturers.

  Swipe down from the status bar to open the notification panel, and then set your USB connection method to **MIDI**. You will now be able to transfer MIDI data between your phone and other devices.

## Transfer Data Between Your Phone and a USB Device

USB OTG (USB On-The-Go) lets you transfer data directly between your phone and other devices (such as phones, tablets, cameras, and printers) without requiring a computer. You can also use an USB OTG cable to connect your phone directly to a USB storage device and transfer files.

**Transfer data between your phone and a microSD card**

You can read your phone's microSD card directly using a USB OTG cable.

- This feature is only available on phones with USB OTG support.
  - If your phone has a USB Type-C port, you will need to purchase a Huawei-certified Micro USB to USB Type-C adapter or a USB OTG cable with a USB Type-C connector.

**1** Connect two devices using a USB OTG cable and USB cable.



USB cable

USB OTG cable

**2** Set the USB connection mode to USB drive or **Device file manager (MTP)** mode.

**3** Go to **Files** > **Local** > **SD card**, navigate to the microSD card, select the data that you want to copy, and then copy it to the target folder.

**4** Once the transfer is complete, go to **Settings** > **Storage** > **SD card** > **Eject**.

**5** Disconnect the USB OTG cable and USB cable from the two devices.

**Transfer data between your phone and a USB storage device**

You can use an OTG cable to access USB storage devices (including USB drives and card readers) directly from your phone.

- This feature is only available on phones with USB OTG support.
- If your phone has a USB Type-C port, you will need to buy a Huawei-certified Micro USB to USB Type-C adapter or a USB OTG cable with a USB Type-C connector.

**1** Connect the USB drive to your phone using a USB OTG cable.



USB OTG cable

**2** Go to **Files** > **Local** > **USB drive**, navigate to the USB drive, select the data that you want to copy, and then copy it to the target folder.

**3** Once the transfer is complete, go to **Settings** > **Storage** > **USB drive** > **Eject**.

**4** Disconnect the USB OTG cable and USB cable from the two devices.

# Transfer Files Using Huawei Share

You can use Huawei Share to quickly transfer photos, videos and other files between Huawei devices. Huawei Share uses Bluetooth to detect nearby Huawei devices and Wi-Fi to quickly transfer files without using mobile data.

Device Connection

ⓘ Huawei Share uses Wi-Fi and Bluetooth to transfer data. When Huawei Share is enabled,
Wi-Fi and Bluetooth are automatically enabled.



**Use Huawei Share to send files**: Select the file you want to share and touch **Share**. Select the
receiving device from the list of nearby devices to send the file.

**Use Huawei Share to receive files**: Swipe down from the status bar, open the shortcuts panel,
and then touch to enable **Huawei Share**. Touch **Accept** when a file transfer notification is
displayed. Received files are saved to the **Huawei Share** folder in **Files** by default.

# Security and Privacy

## Fingerprint

### Fingerprint Recognition: Enjoy Faster Navigation and Enhanced Security

Fingerprint recognition not only allows you to unlock your Phone faster, it also provides added security to your personal information.

Your fingerprint can be used to:

- **Unlock your screen with a single touch**: Want to avoid the hassle of using PIN codes and patterns to unlock your screen? Use your fingerprint to quickly and securely unlock your screen with a single touch.
- **Access your private files**: Afraid of forgetting your password for the Safe or App Lock, or having it fall into the hands of someone you don't trust? Set fingerprint access for the Safe and App Lock to keep your files and apps secure and accessible by only you.
- **Perform fingerprint shortcuts**: Can't reach the shutter button to take a photo? Want a faster way to answer a call or turn off an alarm? Set fingerprint shortcuts to quickly take photos, answer calls, and turn off alarms with any of your fingers.



## Use Fingerprint Shortcuts for Faster Phone Operation

Can't reach the shutter button to take a photo, or want a faster way to answer a call or turn off an alarm? You can use any of your fingertips to quickly take photos and answer calls with the fingerprint sensor. No fingerprint verification is required.

Open **Settings** and go to **Security & privacy** > **Fingerprint ID**. From here you can enable fingerprint shortcuts for the following features:

- **Take a photo or video**: From the viewfinder screen of the **Camera**, touch and hold the fingerprint sensor to take a photo or video.
- **Answer a call**: Touch and hold the fingerprint sensor to answer a call.
- **Turn off an alarm**: Touch and hold the fingerprint sensor to turn off an alarm.
- **Show the notification panel**: When your screen is in portrait mode, swipe down on the fingerprint sensor to display the notification panel, touch twice to clear notifications, and swipe up to close the notification panel.
- **Browse pictures**: When viewing pictures in full-screen mode, swipe left or right on the fingerprint sensor to browse through your pictures.

## Enroll a Fingerprint

You can enroll a fingerprint on your Phoneand then use your fingerprint to unlock your screen or access your Safe or App Lock without a password.

- Fingerprint unlocking is only available when your Phone's unlock method is set to **Pattern**, **PIN**, or **Password**. You will be required to unlock your Phone using the lock screen password after the device is restarted or if your fingerprint is not recognized.
- Before enrolling a fingerprint, make sure your finger is clean and dry.

**1**  Open **Settings**.

**2**  Go to **Security & privacy** > **Fingerprint ID** > **Fingerprint management**, select **Pattern**, **PIN**, or **Password**, and then follow the onscreen instructions to set an unlock password.

**3**  Once you have set an unlock password, touch **New fingerprint** to enroll a fingerprint.

**4**  Place your fingertip on the fingerprint sensor. Press down lightly on the sensor until your device vibrates. Repeat this step using different parts of your fingertip.

**5**  After enrollment is complete, touch **OK**.

To unlock the screen, simply place your fingertip on the fingerprint sensor.

## Add, Delete, or Rename a Fingerprint

You can enroll a maximum of five fingerprints on your device. You can also delete or rename your fingerprints.

**1**  Open **Settings**.

**2**  Go to **Security & privacy** > **Fingerprint ID** > **Fingerprint management**.

**3** Enter the lock screen password and touch **Next**.

**4** In the **Fingerprint list** section, you can:

- Touch **New fingerprint** to enroll a new fingerprint.

- Touch a previously enrolled fingerprint to rename or delete it.

- Touch **Fingerprint recognition** to identify and highlight enrolled fingerprints.

## Use a Fingerprint to Quickly Access Private Information

Tired of having to enter a password each time you want to access private information in your
Safe or a locked app? You can use your fingerprint to quickly and securely access your private
information.

**1** Open **Settings**.

**2** Go to **Security & privacy** > **Fingerprint ID** > **Fingerprint management**.

**3** Enter the lock screen password and touch **Next**. Enable **Access safe**, **Access app lock**,
and then follow the onscreen instructions to enter the passwords. Now you can:

- **Use a fingerprint to access the Safe**: Open **Files** and touch **Safe**, you can then
access the Safe using your fingerprint.

- **Use a fingerprint to access apps locked by App Lock**: You can now open locked apps
on your home screen using your fingerprint.

# Location Information Protection

## Location Services: Determine the Location of Your Phone

Location Services collects and provides location information for location-based apps (such as
weather, maps, travel, and shopping apps) on your Phone. The approximate location of your
Phone is determined by GPS positioning (if GPS is enabled and the service is available), mobile
network data, and Wi-Fi positioning (if enabled). If GPS positioning is disabled, apps can still
collect location information in other ways.

## Enable or Disable Location Services

After obtaining the location information permission, apps can obtain your location at any time. If
your location information is obtained by a malicious app, you may be at risk of harm or fraud.
You can enable or disable location services as needed and regularly monitor and manage the
allowed permissions for your apps to protect your privacy and security.

**Enable or disable location services**: Open **Settings**, go to **Security & privacy** > **Location
access**, and enable or disable **Access my location**. When location services are enabled, you
can also set the appropriate positioning mode. When location services are disabled, aside for
pre-installed software (such as the Weather widget, SmartCare, and Find my phone), your

phone will stop all apps and services from collecting and using your location information. The system will ask you to enable location services when you attempt to use these apps.

- **Use Wi-Fi and mobile networks**: Calculates your phone's location using carrier base station location information or nearby Wi-Fi router location information. The accuracy of the location information depends largely upon location information gathered from the base station or Wi-Fi network. Accuracy normally ranges from 100 meters to several kilometers. Network positioning has low accuracy, but allows for positioning while indoors and uses less battery power.
- **Use GPS only**: Only uses satellites found by your phone's GPS to determine your position. No network connection is needed. GPS satellite positioning is more accurate but also uses more battery. It is accurate within tens of meters. However, indoor positioning may be inaccurate.
- **Use GPS, Wi-Fi, and mobile networks**: Combines the benefits of GPS positioning and networking positioning for accurate indoor and outdoor positioning.
  - Features may vary depending on your carrier.
  - Huawei only uses location data to provide you with necessary functions and services, not for the purpose of identifying and collecting your private information.

**Set indoor positioning assistance**: Open  **Settings**, go to **Security & privacy** > **Location access** >  ⋮  > **Scan settings**, and enable or disable Wi-Fi and Bluetooth scanning. Scanning Wi-Fi networks and Bluetooth devices will improve the accuracy of indoor positioning.

# PrivateSpace

## PrivateSpace: Keep Your Private Information Hidden

Want to keep your personal apps and data (such as photos and videos) hidden on your Phone, secure from other users? Look no further than PrivateSpace. With PrivateSpace, you can create an independent space on your phone to keep your private information. For example, you can install a separate WeChat in both your MainSpace and PrivateSpace, keeping the two apps completely independent of each other.



## Protect Your Private Information with PrivateSpace

Do you worry that your private information might be seen by your friends and coworkers when
you're showing them photos and other things on your Phone? PrivateSpace lets you store
private information in a hidden space within your device that can only be accessed with your
fingerprint or password.

**Enable PrivateSpace**: If you are using PrivateSpace for the first time, open  **Settings**, go to
**Security & privacy** > **PrivateSpace** > **Enable**, and follow the onscreen instructions to create
your PrivateSpace.
 You can only create one PrivateSpace.

**Quickly switch between MainSpace and PrivateSpace**: From the lock screen, you can quickly
switch between spaces using your fingerprint or password. After you restart your Phone, you are
required to first enter the MainSpace using your password. You can then switch between spaces
from your lock screen.

**Enter PrivateSpace**: You can enter your PrivateSpace directly from the lock screen using your
fingerprint or password. Alternatively, open  **Settings**, and go to **Security & privacy** >
**PrivateSpace** > **Log in** to enter your PrivateSpace.

**Exit PrivateSpace**: When you exit your PrivateSpace, all system memory used by the
PrivateSpace will be freed. You can still switch back to your PrivateSpace when you want. To

exit PrivateSpace, open  **Settings**, and go to **Security & privacy** > **PrivateSpace** > **Quit PrivateSpace**.

**Delete PrivateSpace**: Deleting your PrivateSpace will permanently delete all apps and data stored within the space. You can delete your PrivateSpace in the following ways:

- From the MainSpace, open  **Settings**, then go to **Security & privacy** > **PrivateSpace** and touch  .

- From the PrivateSpace, open  **Settings**, then go to **Security & privacy** > **PrivateSpace** > **Delete PrivateSpace**.

## Hide the Entrance to Your PrivateSpace

Want to keep all traces of your PrivateSpace hidden from other people? You can hide the entrance to your PrivateSpace in the MainSpace, keeping your PrivateSpace hidden and secret.

After entering your PrivateSpace, open  **Settings**, go to **Security & privacy** > **PrivateSpace**, and enable **Hide PrivateSpace**. After you hide the entrance to your PrivateSpace, you can only enter the space by using your fingerprint or password on the lock screen.

## Transfer Files Between Your PrivateSpace and MainSpace

Want to quickly transfer private photos, music, or videos to your PrivateSpace, or from your PrivateSpace to your MainSpace?

**1** After entering your PrivateSpace, open  **Settings**, and go to **Security & privacy** > **PrivateSpace**.

**2** Touch **MainSpace to PrivateSpace** or **PrivateSpace to MainSpace**.

**3** Follow the onscreen instructions to select the files and transfer them to the target location.

Files stored on your device or microSD card can be transferred from your MainSpace to your PrivateSpace, but only files stored locally on your device can be transferred from your PrivateSpace to your MainSpace. This is because microSD cards are blocked in PrivateSpace. Files stored in the cloud cannot be transferred between your PrivateSpace and your MainSpace. Not all devices support microSD cards.

By default, transferred image files are stored at **Gallery** > **Shared images**, video files are stored at **Gallery** > **Shared videos**, and audio files are stored at **Files** > **Audio**.

# Use App Lock to Lock Important Apps

App lock allows you to set a password for your WeChat, Alipay, and other important apps. Once you restart your phone or unlock the phone screen, you will be asked to enter your App lock password when initially opening the apps. App lock enhances the protection of your private information and prevents unauthorized access to important apps on your device.

**Enable App lock**: Open ⚙ **Settings**. Go to **Security & privacy** > **App lock**, and follow the onscreen instructions to set a password, then enable App lock for the apps you want to protect. When you initially open a locked app, follow the onscreen instructions to enter your password and the answer to your security question.

> ⓘ If you have set up a fingerprint to unlock your phone and are setting up your App lock password for the first time, you can follow the onscreen instructions to associate your fingerprint for easier app unlocking.

**Modify your App lock password**: Touch ⚙ on the App lock screen and touch **Change password** or **Change password protection** to modify your App lock password.

# More Security Settings

## Enhanced Data Protection: Defend Your Privacy

Worried that your photos, bank account information, or other private data might get leaked if your phone is lost or stolen? Huawei phones now feature security chips in addition to the combined protection provided by the trusted root key and lock screen password. Whether your data is stored in a microSD card or internal storage, it will receive the highest level of protection.

**Stronger encryption and safeguards**: Huawei phones use a hardware key that cannot be used to decrypt data when separated from the phone. Based on the trusted root key, the encrypted components are incorporated into the memory control chip to enhance the data protection capability of the hardware. This works together with your lock screen password to protect your private data. When you use PrivateSpace, Multi-user, encrypted microSD files, or other features to encrypt photos, personal information, or other personal data, the only way your data can possibly be decrypted is if the trusted root key, lock screen password, and security chip are simultaneously cracked.Not all devices support microSD cards.



# Backup and Restoration

## Data Backup: Prevent Data Loss

Ever worry that your Phone will stop working and cause you to lose important data? Back up your data regularly to prevent data loss and increase your peace of mind.

There are three ways to back up your Phone's data:

- **Device internal storage**: You can back up smaller files to your device's internal storage.
- **USB storage device**: If you're running out of space in your Phone's internal storage, you can connect your Phone to a USB storage device using a USB OTG cable to back up your data.
- **Computer backup**: You can back up important data, pictures, and large files from your Phone to a computer to prevent data loss and free up your Phone's internal storage.

## Back Up Your Data to Internal Storage

You can back up your Phone's data to internal storage to prevent data loss. You are advised to back up relatively small files to your internal storage.

- Features may vary depending on your carrier.
  - Always remember your backup password as you will not be able to retrieve your backup files without it.

To back up your data to internal storage, open  **Backup**, go to **Back up** > **Internal storage** > **Next**, select the data you want to back up and touch **Back up**. A backup password is not required for pictures, audio and video files, and documents but is required for other types of data. Follow the onscreen instructions to set a backup password and security question.

You can view your backup files from the **Huawei\Backup** folder in **Files**.

## Back Up Your Data to a USB Storage Device

If you are running out of storage space on your Phone or you want to back up your important data to an external storage device, you can connect your Phone to a USB storage device using a USB OTG cable to back up data. USB storage devices compatible with your Phone include USB flash drives, card readers, and devices that have a microSD card inserted.

- Features may vary depending on your carrier.
  - Not all devices support microSD cards.
  - Always remember your backup password as you will not be able to retrieve your backup files without it.

To back up your data to a USB storage device, open  **Backup**, go to **Back up** > **USB storage** > **Next**, select the data you want to back up and touch **Back up**. A backup password is

Backup and Restoration

not required for pictures, audio and video files, and documents but is required for other types of data. Follow the onscreen instructions to set a backup password and security question.

You can view your backup files from the **Huawei\Backup** folder in **Files**.

# Back Up Your Data to a Computer

Do you have important data, pictures, or large files stored on your Phone? You can back up your important data to a computer to prevent data loss and free up storage space on your Phone.

ⓘ Always remember your backup password as you will not be able to retrieve your backup files without it.

Please install the Huawei app on your computer before using it to back up or restore files from your Phone.

**Back up data to your computer**: Connect your Phone to your computer using a USB data cable. The Huawei app will automatically open on your computer. From the Huawei app, select the data you want to back up, and follow the onscreen instructions to back up the data to your computer.

**Import data to your Phone**: Connect your Phone to your computer using a USB data cable. Open the Huawei app and go to the data recovery page to copy data from your computer to your Phone. If the backup data is password protected, enter the password when prompted.

# Wi-Fi and Network

## Wi-Fi

### Wi-Fi+: Your Smart Connectivity Assistant

Wi-Fi+ intelligently connects to Wi-Fi networks to save mobile data consumption. When your device detects a known or free Wi-Fi network, it will automatically turn on Wi-Fi and connect to the network. Your device will also automatically select the optimal network in the area for the best Internet connection.



Once you have enabled Wi-Fi+, your device will:

- **Automatically select and connect to the optimal network:** Automatically select and connect to Wi-Fi networks you've previously connected to, free networks, or your mobile data network, depending on the signal strength at your current location.
- **Automatically turn Wi-Fi on and off:** Depending on the Wi-Fi networks you have connected to previously, Wi-Fi will be automatically enabled or disabled in specific locations. This will prevent your device from constantly searching for new networks.
- **Assess the quality of available networks:** Evaluate currently available network hotspots and prevent your device from automatically connecting to networks with no Internet connection.

# Connect to Wi-Fi

Connect to a Wi-Fi network to conserve your mobile data.



ⓘ To prevent unauthorized access to your personal data and financial information, always
exercise caution when connecting to public Wi-Fi networks.

**Connect to Wi-Fi**: Open  Settings, go to **Wireless & networks** > **Wi-Fi** and enable **Wi-Fi**.
Select the network you want to connect to. Depending on the network settings, you may have to
enter a password. Follow the onscreen instructions to complete authentication if required.

● **Refresh a Wi-Fi hotspot**: Touch **Scan** to search again for available wireless networks.

● **Manually add a Wi-Fi hotspot**: Scroll to the bottom of the menu, touch **Add network…**, and
follow the onscreen instructions to enter the network SSID and password.

**Connect to a Wi-Fi network through WPS**: In the Wi-Fi screen, go to ⋮ > **Advanced Wi-Fi
settings** > **WPS connection**. Press the WPS button on your router to establish a connection.
Connecting to a WPS-enabled router over WPS allows you to quickly connect to the network
without entering a password.

# Transfer Data Using Wi-Fi Direct

Wi-Fi Direct allows you to rapidly transfer data between Huawei devices. Wi-Fi Direct is faster
than Bluetooth and does not require devices to be paired. It is better suited to transferring large
files over short distances.



**Send files with Wi-Fi Direct**: Open **Files**, touch and hold a file you want to send, and go to **More** > **Share** > **Wi-Fi Direct**. When another device is detected, touch its name to establish the connection and begin file transfer.

**Receive files with Wi-Fi direct**: Enable **Wi-Fi**. In the Wi-Fi settings screen, touch to enable detection. When you receive an incoming file prompt, touch **Accept** to begin the transfer. The received file will be saved under **Files** in the **W-Fi Direct** folder by default.

## Enable Wi-Fi+ to Automatically Connect to the Best Network

Open **Settings**, go to **Wireless & networks** > **Wi-Fi** > **Wi-Fi+**, and enable **Wi-Fi+**.

When the device is in a location with a weak Wi-Fi signal, Wi-Fi+ may automatically switch to a mobile data network. Using mobile data to download or view videos and other large files may incur additional charges. To avoid excessive data charges, purchase an appropriate data plan.

# Mobile Network

## Connecting to the Internet

Connect to Wi-Fi networks effortlessly with your device.

**Connecting to a Wi-Fi network**

**1**  Swipe down from the status bar to open the notification panel.

**2**  Touch and hold 📶 to open the Wi-Fi settings screen.

**3**  Switch on **Wi-Fi**. Your device will list all available Wi-Fi networks at your location.

**4**  Select the Wi-Fi network you want to connect to. If you select an encrypted network, you will
also need to enter the Wi-Fi password.

**Connecting using mobile data**

Before using mobile data, ensure that you have a data plan with your carrier to avoid
incurring excessive data charges.

**1**  Swipe down from the status bar to open the notification panel.

**2**  Touch ⓦ to enable mobile data.

When you don't need to access the Internet, disable mobile data to save battery power
and reduce data usage.

# Share Your Mobile Network with Other Devices

Have extra mobile data at the end of the month? You can share it with your friends.



You can use Wi-Fi hotspot, a USB cable, or Bluetooth to share your mobile data with other devices.

**Use Wi-Fi hotspot to share mobile data**: Open ⚙ **Settings** and go to **Wireless & networks** > **Tethering & portable hotspot** > **Portable Wi-Fi hotspot** > **Configure Wi-Fi hotspot**. Set the network name, encryption type, and password for the Wi-Fi hotspot, then touch **Save** and enable the hotspot to use it.

ⓘ **Worried other devices will have unlimited access to your hotspot data?** On the **Settings** screen, touch **Data limit** to set the data limit for a single session. When the data sharing limit is reached, your device will automatically disable hotspot sharing.

**Use USB to share mobile data**: Use a USB cable to connect your device to a computer. Open ⚙ **Settings**, go to **Wireless & networks** > **Tethering & portable hotspot**, and enable **USB tethering** to start sharing your mobile data.

ⓘ Depending on the operating system, you may need to install drivers or establish the relevant network connection on your computer before using this function. Refer to your computer's operating system guide for more information.

**Use Bluetooth to share mobile data**: Establish a Bluetooth connection and pair the devices before using Bluetooth to share your mobile data. Open ⚙ **Settings**, go to **Wireless & networks** > **Tethering & portable hotspot**, and enable **Bluetooth tethering**. On the **Bluetooth**

Wi-Fi and Network screen, touch ⓘ next to the paired device, and enable **Internet access** to establish an Internet connection and share your mobile data.

# Apps and Notifications

## App Twin: Log in to Two Social Media Accounts at Once

Have you ever wished you could log in to two WeChat and Facebook accounts on your Phone without the hassle of constantly switching between them? App twin lets you log in to two WeChat and Facebook accounts at the same time, allowing you to keep your work and private life separate.

ⓘ The App twin feature only works with WeChat, QQ, LINE, Facebook, Snapchat, WhatsApp, and Messenger. Download the latest versions of these apps before using this feature.

Open  **Settings**. Go to **Apps & notifications** > **App twin** and enable App twin for WeChat, QQ, LINE, Facebook, Snapchat, WhatsApp, or Messenger as required.

When App twin is enabled, two WeChat, QQ, LINE, Facebook, Snapchat, WhatsApp, or Messenger app icons are displayed on the home screen. This means that you can log in to two accounts at the same time. Touch and hold the twinned app icon on the home screen to quickly disable App twin.

# Sound and Display

## Configure Do Not Disturb Mode

Do not disturb mode blocks calls from strangers and only notifies you when you receive calls and messages from chosen contacts.

Open 🔘 **Settings** and go to **Sound** > **Do not disturb**. Toggle on the **Enable now** switch, then touch **Do not disturb mode** and select one of the following options:

- **Allow calls and messages from important contacts**: Select **Allow only priority interruptions**, and then touch **Define priority interruptions** to configure which contacts can call or message you.
- **Allow alarm ringtones**: Select **Alarms only** to only allow alarm ringtones.
- **Disable all interruptions**: Select **Don't interrupt** to disable ringtones and vibrations and prevent the screen from turning on for incoming calls, messages, and alarms.

> ⓘ
> - Alternatively, swipe down from the status bar and touch 🌙 on the shortcuts panel to quickly enable or disable **Do not disturb** mode.
> - Some third-party apps may continue to ring when Do not disturb mode is enabled. Configure the in-app settings to mute notifications from these apps.

**Time rule**: Prevent interruptions at set times, such as weekends or evenings. Touch **Time** to configure the time period and repeat interval, then toggle on the **Time** switch.

**Event rule**: Prevent interruptions during meetings or events. Touch **Event** to enable **Do not disturb** mode during calendar events.

## Configure Your Sound Settings

When you are watching movies or playing games, your device will automatically switch to stereo sound to enhance your audio experience. You can also set ringtones and audio reminders for a variety of different scenarios.

**Stereo sound in landscape mode**: Want to enjoy stereo sound when watching movies or playing games? The **Stereo+** feature automatically enables stereo sound when your Phone's screen is in landscape mode. This feature is enabled by default. To disable this feature, open

🔘 **Settings**, touch **Sound** and disable **Stereo+**.

**Adjust system volume**: Press a volume button and touch ⌄ to adjust your ringtone, media, alarm, or call volume.

> ⓘ You can also adjust volume in your system settings. Open 🔘 **Settings**, touch **Sound** and drag the volume slider to adjust your volume.

128

**Switch between sound, vibration, and silent mode**: Swipe down from the status bar and open the shortcuts panel. Touch 🔊 to switch quickly between **Sound**, **Silent** and **Vibration** mode.



**Enable keypad and notification tones**: Open ⚙ **Settings** and go to **Sound** > **More sound settings** to enable or disable keypad and notification tones.

**Set your Phone to Silent mode**: From the **Sound** screen, enable **Silent mode**. After you enable **Silent mode**, enable **Vibrate in silent mode**. Now when you receive an incoming call, your screen will light up and your device will vibrate.

**Customize your ringtone and notification tone:** From the **Sound** screen, select a custom ringtone or use the **Notification**.

# Enable Eye Comfort Mode to Prevent Eye Strain

Do your eyes get tired and sore after looking at your Phone for a long time? Eye comfort mode can effectively reduce blue-light and adjust the screen to warmer colors, relieving eye fatigue and protecting your eyesight.

**Enable Eye comfort mode**: Open ⚙ **Settings**, go to **Display** > **Eye comfort**, and enable **Eye comfort**. The Eye comfort mode icon 👁 will be displayed in the status bar. Once Eye comfort mode is enabled, blue light will be filtered out and the screen will take on a yellow tint.

**Quickly enable or disable Eye comfort mode**: Swipe down from the status bar to open the notification panel. From the notification panel, touch ∨ to expand the shortcuts panel, then enable or disable 👁 .

**Enable Eye comfort mode at set times**: You can configure your Phone to enable Eye comfort mode for a set period of time each day. When Eye comfort mode is disabled, open ⚙ **Settings**, go to **Display** > **Eye comfort**, and enable **Schedule**, then set your desired **Start time** and **End time**.

**Adjust Eye comfort mode color temperature**: Once Eye comfort mode is enabled, blue light will be filtered out and the screen will take on a mild yellow tint. You can adjust the color

temperature as needed. After you have enabled **Eye comfort**, you can adjust the color temperature slider for a cooler or warmer screen color.

# Change the Display Settings

Change the font size and adjust the screen brightness to suit your needs.

Open  **Settings** and touch **Display**. From here you can:

- **Change the image and text size**: Touch **View mode** and select a display mode to suit your needs.
- **Change the text size**: Touch **Text size** and select the desired size.



- **Adjust the screen brightness**: From **Brightness**, select the check box next to **Automatic**. When this option is enabled, your Phone will automatically adjust the screen brightness based on the ambient brightness. To manually adjust the brightness, drag the brightness slider, or swipe down on the status bar to open the notification panel and access the brightness settings.
- **Enable automatic screen rotation**: Enable **Auto-rotate screen**. Alternatively, swipe down from the status bar, open the shortcuts panel, and then switch on ◇ .