**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00495-RWS-RSP |
| *Plaintiff,* | **JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 4-3 (JOINT CLAIM CONSTRUCTION STATEMENT)** |
| v. | |
| HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., | JURY TRIAL DEMANDED |
| *Defendants.* | |

Plaintiff Cywee Group Ltd. and Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. jointly request the Court grant a further two (2) day extension of time to comply with P.R. 4-3, that is, to file a Joint Claim Construction Statement from Tuesday, June 12, 2018, until Thursday, June 14, 2018.  The parties had previously requested the Court grant a four (4) day extension from Friday, June 8, 2018 to Tuesday, June 12, 2018.  The parties request this additional extension in a continuing effort to reduce disputes between the parties related to claim construction.

Dated: June 12, 2018

Respectfully submitted,

/s/ *Ari Rafilson*
Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso G. Chan (Texas 24012408)
achan@shorechan.com
Christopher Evans (Texas 24058901)
cevans@shorechan.com
Ari B. Rafilson (Texas 24060456)
arafilson@shorechan.com
William D. Ellerman (Texas 24007151)
wellerman@shorechan.com
Paul T. Beeler (Texas 24095432)

pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Counsel for CyWee Group Ltd.*

/s/ *Steven D. Moore*
J. Mark Mann (Texas 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas 24042033)
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main
Henderson, TX 75652
Telephone : (903) 657-8540
Facsimile : (903) 657-6003

Kristopher L. Reed (CO 36991)
kreed@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Steet, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 265-9618

Steven D. Moore (CA 290875)
smoore@kilpatricktownsend.com
Benjamin M. Kleinman-Green (CA 261846)
bkleinman-green@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone : (415) 576-0200
Facsimile : (415) 576-0300

Matthew Warren (CA 230565)
Elaine Y. Chow (CA 194063)
WARREN LEX LLP
2261 Market Street, Suite 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

2

17-495@cases.warrenlex.com

*Counsel for Defendants Huawei Device Co., Ltd., Huawei Device (Dongguan) Co., Ltd., and Huawei Device USA, Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that on June 12, 2018, plaintiff's counsel conferred with defendant's counsel and that defendant's counsel does not oppose the defendants' motion.

_/s/ Steven D. Moore_
Steven D. Moore

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 12, 2018.

_/s/ Steven D. Moore_
Steven D. Moore

70891266V.1

4