# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUAWEI DEVICE CO. LTD., ) <br> HUAWEI DEVICE (DONGGUAN) ) <br> CO. LTD., AND HUAWEI DEVICE ) <br> USA, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 2:17-CV-00495-RWS-RSP <br><br> **JURY TRIAL DEMANDED** |

## AMENDED DOCKET CONTROL ORDER

| **Original Date** | **New Date** | **Task** |
|---|---|---|
| Tuesday, February 19, 2019 | TBD | *Jury Selection – in **Marshall, Texas** before Judge William Bryson |
| Wednesday, January 30, 2019 | TBD | *Pretrial Conference – before Judge William Bryson |

| Thursday, January 17, 2019 | Thursday, May 2, 2019 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
|---|---|---|
| Tuesday, January 15, 2019 | Tuesday, April 30, 2019 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| Tuesday, January 8, 2019 | Tuesday, April 23, 2019 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| Tuesday, January 8, 2019 | Tuesday, April 23, 2019 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| Friday, January 4, 2019 | Friday, April 19, 2019 | Serve Objections to Rebuttal Pretrial Disclosures |
| Friday, December 21, 2018 | Friday, April 5, 2019 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| Friday, December 14, 2018 | Friday, March 29, 2019 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | | |
|---|---|---|
| Tuesday, November 13, 2018 | Friday, March 8, 2019 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties.</u> |
| Tuesday, November 13, 2018 | Friday, March 8, 2019 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| Friday, November 2, 2018 | Friday, February 22, 2019 | Deadline to Complete Expert Discovery |
| Friday, October 19, 2018 | Friday, January 18, 2019 | Serve Disclosures for Rebuttal Expert Witnesses |
| Friday, September 28, 2018 | Friday, December 7, 2018 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| Friday, September 21, 2018 | Friday, November 9, 2018 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| Friday, August 24, 2018 | Friday, November 9, 2018 | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| Friday, August 17, 2018 | Friday, September 28, 2018 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |

| | | |
|---|---|---|
| Friday, August 10, 2018 | Friday, November 2, 2018 | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| Friday, August 3, 2018 | Wednesday, October 24, 2018 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| | Two weeks before Claim Construction Hearing | Technical Tutorials Due |
| Friday, July 27, 2018 | Friday, October 19, 2018 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| | Thursday, September 27, 2018 | Defendants' Sur-Reply Claim Construction Brief |
| Friday, July 20, 2018 | Thursday, September 6, 2018 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| Friday, July 13, 2018 | Thursday, August 9, 2018 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| Friday, June 29, 2018 | Thursday, July 12, 2018 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) ~~and Submit Technical Tutorials (if any)~~<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| Friday, June 15, 2018 | Friday, August 10, 2018 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery)<br><br>The parties stipulate that this deadline does not apply to depositions of each other's experts related to claim construction. The parties further stipulate that either party may raise deposition testimony during the claim construction hearing regardless of whether that testimony was raised in a brief. |
| Friday, June 8, 2018 | Friday, June 15, 2018 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Notice of Mediator**: The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached. If the parties do not reach an agreement, the Court will appoint a mediator. The parties should not file a list of mediators to be considered by the Court.

**Summary Judgment Motions, Motions to Strike Expert Testimony, and *Daubert* Motions**: For each motion, the moving party shall provide the Court with two (2) copies of the completed briefing (opening motion, response, reply, and if applicable, surreply), excluding exhibits, in D-three-ring binders, appropriately tabbed. All documents shall be single-sided and must include the CM/ECF header. For expert-related motions, complete digital copies of the relevant expert report(s) and accompanying exhibits shall submitted on a single flash drive. These copies shall be delivered as soon as briefing has completed.

**Indefiniteness**: In lieu of early motions for summary judgment, the parties are directed to include any arguments related to the issue of indefiniteness in their *Markman* briefing, subject to the local rules' normal page limits.

**Motions for Continuance**: The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a)  The fact that there are motions for summary judgment or motions to dismiss pending;

(b)  The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

(c)  The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**Amendments to the Docket Control Order ("DCO")**: Any motion to alter any date on the DCO shall take the form of a motion to amend the DCO. The motion to amend the DCO shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged). In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

**Proposed DCO**: The Parties' Proposed DCO should also follow the format described above under "Amendments to the Docket Control Order ('DCO')."

**SIGNED this 15th day of June, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE