UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br> Plaintiff, <br> v. <br> HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., <br> Defendants. | Civil Action No. <br> 2:17-cv-00495-WCB-RSP |

### DECLARATION OF HONGYU LI

I, Hongyu Li, declare as follows under 28 U.S.C. § 1746:

1. I am a system engineer at Beijing Huawei Digital Technologies Co., Ltd. ("Huawei"). I have personal knowledge of the facts stated below and, if called to do so, I could and would testify as follows.

2. I have worked at Huawei since 2005. Among other things, I was responsible for and oversaw implementation of the loading of software on the Nexus 6P. The project of Nexus 6P was different from most of Huawei's projects, because Huawei acted as original design manufacturer, or ODM, for Google. Unlike most of Huawei's devices, Google provided Huawei with complete software for its Nexus 6P in binary form. Huawei did not make changes to the Google-provided binary for the Nexus 6P.

3. As a result, the Google Nexus 6P uses sensor fusion algorithms chosen and provided by Google. Because Google provides Huawei with complete software for its Nexus 6P

in binary form, I do not know how the Nexus 6P sensor fusion algorithms operate, and I would thus be unable to testify about their functionality.

4. I am not aware of anyone else at Huawei with knowledge of the operation of the Nexus 6P sensor fusion algorithms. This makes sense given that Google provides Huawei with complete software for its Nexus 6P in binary form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Beijing, China on June 20, 2018.

_Hongyu Li_
Hongyu Li