# Exhibit 1

EXHIBIT 1

**CYWEE GROUP LTD,**

**vs.**

**HUAWEI DEVICE CO. LTD.,**
**HUAWEI DEVICE (DONGGUAN) CO. LTD., AND**
**HUAWEI DEVICE USA, INC.**


**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**


**EXEMPLARY CLAIM CHART**


**U.S. PATENT NO. 8,441,438 – Huawei Honor 8**
**Infringement Contentions**


These contentions are disclosed to only provide notice of Plaintiff's theories of infringement. These contentions do not constitute proof nor do they marshal Plaintiff's evidence of infringement to be presented during trial.

| Claim 1 |
| --- |

Claim 1, with claim constructions, is recited below (text in brackets [] reflects the Court's claim construction or the parties' agreed claim construction in *CyWee Group, Ltd. v. Apple Inc.*, No. 3:13-cv-01853-HSG). Construed terms and constructions are underlined.

1. A three-dimensional (3D) pointing device subject to movements and rotations in dynamic environments, comprising:

a housing associated with said movements and rotations of the 3D pointing device in a spatial pointer reference frame;

a printed circuit board (PCB) enclosed by the housing;

a six-axis motion sensor module attached to the PCB, comprising a rotation sensor for detecting and generating a first signal set comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame, an accelerometer for detecting and generating a second signal set comprising axial accelerations $A_x$, $A_y$, $A_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame; and

a processing and transmitting module, comprising a data transmitting unit electrically connected to the six-axis motion sensor module for transmitting said first and second signal sets thereof and a computing processor for receiving and calculating said first and second signal sets from the data transmitting unit [Court's construction: no construction necessary], communicating with the six-axis motion sensor module to calculate a resulting deviation comprising resultant angles in said spatial pointer reference frame by utilizing a comparison to compare the first signal set with the second signal set [Court's construction: using the calculation of actual deviation angles to compare the first signal set with the second signal set] whereby said resultant angles in the spatial pointer reference frame of the resulting deviation of the six-axis motion sensor module of the 3D pointing device are obtained under said dynamic environments, wherein the comparison utilized by the processing and transmitting module further comprises an update program to obtain an updated state based on a previous state associated with said first signal set and a measured state associated with said second signal set; wherein the measured state includes a measurement of said second signal set and a predicted measurement obtained based on the first signal set without using any derivatives of the first signal set.

| Claim 1 |
| --- |
| A three-dimensional (3D) pointing device subject to movements and rotations in dynamic environments, comprising: |



Huawei Honor 8

3

U.S. Patent No. 8,441,438 – Huawei Honor 8

Claim 1

a **housing** associated with said movements and rotations of the 3D pointing device in a **spatial pointer reference frame**;



**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

4

| Claim 1 |
| --- |

a **printed circuit board (PCB)** enclosed by the **housing**;

**printed circuit board (PCB)**



**housing**

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 1 |
|---|

a **six-axis motion sensor module** attached to the PCB, comprising a **rotation sensor** for detecting and generating a **first signal set** comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame,

The **six-axis motion sensor module** includes an accelerometer and gyroscope combo. The **rotation sensor** is the Gyroscope included in the **six-axis motion sensor module**.



**Source**: http://www.gsmarena.com/huawei_honor_8-8195.php

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 1 |
|---------|

a **six-axis motion sensor module** attached to the PCB, comprising a **rotation sensor** for detecting and generating a **first signal set** comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame,

The **six-axis motion sensor module** includes an accelerometer and gyroscope combo. The **rotation sensor** is the Gyroscope included in the **six-axis motion sensor module**.



**Source**: http://www.gsmarena.com/huawei_honor_8-8195.php

7

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 1 |
|---|

a **six-axis motion sensor module** attached to the PCB, comprising a **rotation sensor** for detecting and generating a **first signal set** comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the **spatial pointer reference frame**,

The **six-axis motion sensor module** includes the accelerometer and gyroscope. The **rotation sensor** is a gyroscope.
The **first signal set** includes the sensor event values of TYPE_GYROSCOPE.

---

Gyroscope

Reporting-mode: *Continuous*

`getDefaultSensor(SENSOR_TYPE_GYROSCOPE)` *returns a non-wake-up sensor*

A gyroscope sensor reports the rate of rotation of the device around the 3 sensor axes.

Rotation is positive in the counterclockwise direction (right-hand rule). That is, an observer looking from some positive location on the x, y or z axis at a device positioned on the origin would report positive rotation if the device appeared to be rotating counter clockwise. Note that this is the standard mathematical definition of positive rotation and does not agree with the aerospace definition of roll.

The measurement is reported in the x, y and z fields of `sensors_event_t.gyro` and all values are in radians per second (rad/s).

---

**Source**: https://source.android.com/devices/sensors/sensor-types#gyroscope

---

`Sensor.TYPE_GYROSCOPE`:

All values are in radians/second and measure the rate of rotation around the device's local X, Y and Z axis. The coordinate system is the same as is used for the acceleration sensor. Rotation is positive in the counter-clockwise direction. That is, an observer looking from some positive location on the x, y or z axis at a device positioned on the origin would report positive rotation if the device appeared to be rotating counter clockwise. Note that this is the standard mathematical definition of positive rotation and does not agree with the definition of roll given earlier.

- values[0]: Angular speed around the x-axis

- values[1]: Angular speed around the y-axis

- values[2]: Angular speed around the z-axis

---

**Source**: https://developer.android.com/reference/android/hardware/SensorEvent.html#values

8

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 1 |
|---|

a six-axis motion sensor module attached to the PCB, comprising a **rotation sensor** for detecting and generating a **first signal set** comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame,

Variable `w`, used by the `handleGyro()` function in the fusion.cpp file, represents gyroscope data or a **first signal set**.

```
313   void Fusion::handleGyro(const vec3_t& w, float dT) {
314        if (!checkInitComplete(GYRO, w, dT))
315             return;
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

9

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 1 |
| --- |

a six-axis motion sensor module attached to the PCB, comprising a rotation sensor for detecting and generating a first signal set comprising angular velocities $\omega_x$, $\omega_y$, $\omega_z$ associated with said movements and rotations of the 3D pointing device in the **spatial pointer reference frame**,

## Sensor Coordinate System

In general, the sensor framework uses a standard 3-axis coordinate system to express data values. For most sensors, <u>the coordinate system is defined relative to the device's screen when the device is held in its default orientation (see figure 1)</u>. When a device is held in its default orientation, the X axis is horizontal and points to the right, the Y axis is vertical and points up, and the Z axis points toward the outside of the screen face. In this system, coordinates behind the screen have negative Z values. This coordinate system is used by the following sensors:

- Acceleration sensor

- Gravity sensor

- Gyroscope

- Linear acceleration sensor

- Geomagnetic field sensor

The most important point to understand about this coordinate system is that the axes are not swapped when the device's screen orientation changes—that is, the sensor's coordinate system never changes as the device moves. This behavior is the same as the behavior of the OpenGL coordinate system.

Another point to understand is that your application must not assume that a device's natural (default) orientation is portrait. The natural orientation for many tablet devices is landscape. And the sensor coordinate system is always based on the natural orientation of a device.



**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

10

| Claim 1 |
| --- |

a **six-axis motion sensor module** attached to the PCB, comprising…an **accelerometer** for detecting and generating a **second signal set** comprising axial accelerations Ax, Ay, Az associated with said movements and rotations of the 3D pointing device in the spatial reference frame; and

The **six-axis motion sensor module**  is an **accelerometer** and gyroscope combo.



**Source**: http://www.gsmarena.com/huawei_honor_8-8195.php

11

| Claim 1 |
| --- |

a **six-axis motion sensor module** attached to the PCB, comprising…an **accelerometer** for detecting and generating a **second signal set** comprising axial accelerations Ax, Ay, Az associated with said movements and rotations of the 3D pointing device in the spatial reference frame; and

The **six-axis motion sensor module** is an **accelerometer** and gyroscope combo.



**Source**: http://www.gsmarena.com/huawei_honor_8-8195.php

| Claim 1 |
| --- |

a six-axis motion sensor module attached to the PCB, comprising…an **accelerometer** for detecting and generating a **second signal set** comprising axial accelerations $A_x$, $A_y$, $A_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame; and

The six-axis motion sensor module also includes an **accelerometer** for detecting and generating a **second signal set** comprising axial accelerations. The **second signal set** includes the sensor event values of TYPE_ACCELEROMETER.

## Accelerometer

Reporting-mode: *Continuous*

`getDefaultSensor(SENSOR_TYPE_ACCELEROMETER)` *returns a non-wake-up sensor*

An accelerometer sensor reports the acceleration of the device along the 3 sensor axes. The measured acceleration includes both the physical acceleration (change of velocity) and the gravity. The measurement is reported in the x, y and z fields of sensors_event_t.acceleration.

All values are in SI units (m/s^2) and measure the acceleration of the device minus the force of gravity along the 3 sensor axes.

**Source**: https://source.android.com/devices/sensors/sensor-types#accelerometer

### Sensor.TYPE_ACCELEROMETER:

All values are in SI units (m/s^2)

- values[0]: Acceleration minus Gx on the x-axis
- values[1]: Acceleration minus Gy on the y-axis
- values[2]: Acceleration minus Gz on the z-axis

A sensor of this type measures the acceleration applied to the device (**Ad**). Conceptually, it does so by measuring forces applied to the sensor itself (**Fs**) using the relation:

$$Ad = - \sum Fs / mass$$

In particular, the force of gravity is always influencing the measured acceleration:

$$Ad = -g - \sum F / mass$$

For this reason, when the device is sitting on a table (and obviously not accelerating), the accelerometer reads a magnitude of **g** = 9.81 m/s^2

**Source**: https://developer.android.com/reference/android/hardware/SensorEvent.html#values

13

| Claim 1 |
|---|

a six-axis motion sensor module attached to the PCB, comprising…an **accelerometer** for detecting and generating a **second signal set** comprising axial accelerations $A_x$, $A_y$, $A_z$ associated with said movements and rotations of the 3D pointing device in the spatial pointer reference frame; and

Variable a, used by the `handleAcc()` function in the fusion.cpp file, represents acceleration data or a **second signal set**.

```
320   status_t Fusion::handleAcc(const vec3_t& a, float dT) {
321       if (!checkInitComplete(ACC, a, dT))
322           return BAD_VALUE;
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

14

| Claim 1 |

a six-axis motion sensor module attached to the PCB, comprising…an accelerometer for detecting and generating a second signal set comprising axial accelerations $A_x$, $A_y$, $A_z$ associated with said movements and rotations of the 3D pointing device in the **spatial pointer reference frame**; and

## Sensor Coordinate System

In general, the sensor framework uses a standard 3-axis coordinate system to express data values. For most sensors, the coordinate system is defined relative to the device's screen when the device is held in its default orientation (see figure 1). When a device is held in its default orientation, the X axis is horizontal and points to the right, the Y axis is vertical and points up, and the Z axis points toward the outside of the screen face. In this system, coordinates behind the screen have negative Z values. This coordinate system is used by the following sensors:

- Acceleration sensor
- Gravity sensor
- Gyroscope
- Linear acceleration sensor
- Geomagnetic field sensor

The most important point to understand about this coordinate system is that the axes are not swapped when the device's screen orientation changes—that is, the sensor's coordinate system never changes as the device moves. This behavior is the same as the behavior of the OpenGL coordinate system.

Another point to understand is that your application must not assume that a device's natural (default) orientation is portrait. The natural orientation for many tablet devices is landscape. And the sensor coordinate system is always based on the natural orientation of a device.



**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

15

| Claim 1 |
| --- |

a processing and transmitting module, comprising a data transmitting unit electrically connected to the **six-axis motion sensor module** for transmitting said first and second signal sets thereof and a **computing processor** for receiving and calculating said first and second signal sets from the data transmitting unit,

**computing processor**

| PLATFORM | OS | Android 6.0 (Marshmallow), upgradable to 7.0 (Nougat) |
| --- | --- | --- |
| | Chipset | HiSilicon Kirin 950 |
| | CPU | Octa-core (4x2.3 GHz Cortex-A72 & 4x1.8 GHz Cortex A53) |
| | GPU | Mali-T880 MP4 |
| MEMORY | Card slot | microSD, up to 256 GB (uses SIM 2 slot) |
| | Internal | 32/64 GB, 4 GB RAM |
| CAMERA | Primary | Dual 12 MP, f/2.2, 35mm, laser autofocus, dual-LED (dual tone) flash, check quality |
| | Features | 1/2.9" sensor size, 1.25 µm pixel size, geo-tagging, touch focus, face detection, HDR, panorama |
| | Video | 1080p@60fps, 1080p@30fps, 720p@120fps, check quality |
| | Secondary | 8 MP, f/2.4, 1.4 µm pixel size |
| SOUND | Alert types | Vibration; MP3, WAV ringtones |
| | Loudspeaker | Yes |
| | 3.5mm jack | Yes |
| | | - Active noise cancellation with dedicated mic<br>- DTS sound |
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, WiFi Direct, hotspot |
| | Bluetooth | 4.2, A2DP, EDR, LE |
| | GPS | Yes, with A-GPS, GLONASS/ BDS (market dependant) |
| | NFC | Yes |
| | Infrared port | Yes |
| | Radio | No |
| | USB | Type-C 1.0 reversible connector |
| FEATURES | Sensors | Fingerprint (rear-mounted), accelerometer, gyro, proximity, compass |



**Source**: https://www.androidheadlines.com/wp-content/uploads/2016/07/Honor-8-teardown-IT168_20.jpg

**six-axis motion sensor module**

**Source**: http://www.gsmarena.com/huawei_honor_8-8195.php

16

| Claim 1 |
| --- |

communicating with the six-axis motion sensor module to calculate a **resulting deviation comprising resultant angles** in said spatial pointer reference frame by <u>utilizing a comparison to compare the first signal set with the second signal set</u> [Court's Construction: <u>using the calculation of actual deviation angles to compare the first signal set with the second signal set</u>] whereby said resultant angles in the spatial pointer reference frame of the resulting deviation of the six-axis motion sensor module of the 3D pointing device are obtained under said dynamic environments,

---

**Rotation vector**

Underlying physical sensors: Accelerometer, Magnetometer, and Gyroscope

Reporting-mode: *Continuous*

`getDefaultSensor(SENSOR_TYPE_ROTATION_VECTOR)` *returns a non-wake-up sensor*

**Source**: https://source.android.com/devices/sensors/sensor-types#rotation_vector

---

**getRotationMatrixFromVector**
added in **API level 9**

```
void getRotationMatrixFromVector (float[] R,
                float[] rotationVector)
```

Helper function to convert a rotation vector to a rotation matrix. Given a rotation vector (presumably from a ROTATION_VECTOR sensor), returns a 9 or 16 element rotation matrix in the array R. R must have length 9 or 16. If R.length == 9, the following matrix is returned:

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getRotationMatrixFromVector(float[],float[])

---

**getOrientation**
added in **API level 3**

```
float[] getOrientation (float[] R,
                float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getOrientation(float[],float[])

17

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 1 |
|---|

communicating with the six-axis motion sensor module to calculate a resulting deviation comprising resultant angles in said spatial pointer reference frame by <u>utilizing a comparison to compare the **first signal set** with the **second signal set**</u> [Court's Construction: <u>using the calculation of actual deviation angles to compare the first signal set with the second signal set</u>] whereby said resultant angles in the spatial pointer reference frame of the resulting deviation of the six-axis motion sensor module of the 3D pointing device are obtained under said dynamic environments,

The `predict()` function shows that the **first signal set** (angular velocities), `w`, is used to calculate the global variable `x0`.

```
430   void Fusion::predict(const vec3_t& w, float dT) {
431       const vec4_t q  = x0;

485       x0 = O*q;
```

The **second signal set** (axial accelerations) `a`, is passed to the variable `z`, and used in the `update()` function to update the global variable `x0`.

```
345       vec3_t unityA = a * l_inv;

349       update(unityA, Ba, p);

495   void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496       vec4_t q(x0);
497       // measured vector in body space: h(p) = A(p)*Bi
498       const mat33_t A(quatToMatrix(q));
499       const vec3_t Bb(A*Bi);

529       const vec3_t e(z - Bb);

533       x0 = normalize_quat(q);
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 1 |
| --- |

communicating with the six-axis motion sensor module to calculate a resulting deviation comprising resultant angles in said spatial pointer reference frame by utilizing a **comparison to compare** the **first signal set** with the **second signal set** [Court's Construction: using the calculation of actual deviation angles to compare the first signal set with the second signal set] whereby said resultant angles in the spatial pointer reference frame of the resulting deviation of the six-axis motion sensor module of the 3D pointing device are obtained under said dynamic environments,

---

The `predict()` function and `update()` functions are used in sensor fusion to update the global variable x0 in a quaternion form, which can represent actual deviation angles. In the `predict()` function, the **first signal set**, w, is used to calculate the global variable x0. In the `update()` function, x0 is converted to the variable Bb. The **second signal set**, a, is passed to the `update()` function as local variable z, and is used by the `update()` function to update the global variable x0. The variable Bb (from the **first signal set**) and the variable z (from the **second signal set**) are **compared** to calculate the variable e on line 529 of the Fusion.cpp file. Therefore, during the calculation of actual deviation angles, the first signal set is compared with the second signal set.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;

485        x0 = O*q;

495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
497        // measured vector in body space: h(p) = A(p)*Bi
498        const mat33_t A(quatToMatrix(q));
499        const vec3_t Bb(A*Bi);

529        const vec3_t e(z - Bb);

533        x0 = normalize_quat(q);
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 1 |
| --- |

wherein the comparison utilized by the processing and transmitting module further comprises an update program to obtain an **updated state** based on a **previous state** associated with said **first signal set** and a **measured state** associated with said **second signal set**;

For example, the update program includes a `predict()` function and an `update()` function that are used to update the global variable $x0$ based on $x0$ (the **previous state**) associated with the **first signal set** w and e (the **measured state**) associated with the **second signal set** to calculate an **updated state** $x0$. The updated state $x0$ becomes the previous state $x0$ in the next iteration of the update program to obtain the updated state $x0$ in that iteration.



**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

20

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 1 |

wherein the **measured state** includes a **measurement of said second signal set** and a **predicted measurement** obtained based on the first signal set **without using any derivatives of the first signal set**.

The variable e is a **measured state** that includes a **measurement of said second signal set** z and a **predicted measurement** Bb calculated based on x0 (the previous state, which is calculated based on the first signal set).

**second signal set (measured accelerations)**

```
345        vec3_t unityA = a * l_inv;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
497        // measured vector in body space: h(p) = A(p)*Bi
498        const mat33_t A(quatToMatrix(q));
499        const vec3_t Bb(A*Bi);
```

```
529        const vec3_t e(z - Bb);
```

**measured state**    **second signal set**    **predicted measurement**

As shown in the code above, the predicted measurement is obtained based on the first signal set **without using any derivatives of the first signal set**.

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 4 | |
|---|---|

The 3D pointing device of claim 1, wherein the spatial pointer reference frame is a reference frame in three dimensions; and wherein said resultant angles of the resulting deviation includes **yaw, pitch and roll angles** about each of three orthogonal coordinate axes of the spatial pointer reference frame.

## getOrientation

added in API level 3

```
float[] getOrientation (float[] R,
                float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getOrientation(float[], float[])

## Sensor Coordinate System

In general, the sensor framework uses a standard 3-axis coordinate system to express data values. For most sensors, the coordinate system is defined relative to the device's screen when the device is held in its default orientation (see figure 1). When a device is held in its default orientation, the X axis is horizontal and points to the right, the Y axis is vertical and points up, and the Z axis points toward the outside of the screen face. In this system, coordinates behind the screen have negative Z values. This coordinate system is used by the following sensors:

- Acceleration sensor
- Gravity sensor
- Gyroscope
- Linear acceleration sensor
- Geomagnetic field sensor



**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

| Claim 5 | |
|---|---|

The 3D pointing device of claim 1, wherein the **data transmitting unit** of the processing and transmitting module is attached to the PCB enclosed by the housing and transmits said first and second signal of the **six-axis motion sensor module** to the **computer processor** via electronic connections.

The **computer processor** and the **six-axis motion sensor module** are each attached to the PCB, as is the **data transmitting unit**, which transmits the first and second signal of the **six-axis motion sensor module** to the **computer processor** via electronic connections.

**six-axis motion sensor module**





**computing processor**



**Source**: https://www.androidheadlines.com/wp-content/uploads/2016/07/Honor-8-teardown-IT168_20.jpg

23

| Claim 14 |

A method for obtaining a resulting deviation including resultant angles in a **spatial pointer reference frame** of a **three-dimensional (3D) pointing device** utilizing a six-axis motion sensor module therein and subject to movements and rotations in dynamic environments in said **spatial pointer reference frame**, comprising the steps of:



**three-dimensional (3D) pointing device**

**spatial pointer reference frame**

**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

24

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 14 |
| --- |

obtaining a **previous state** of the six-axis motion sensor module; wherein the **previous state** includes an initial-value set associated with **previous angular velocities** gained from the motion sensor signals of the six-axis motion sensor module at a previous time T−1;

The previous state is obtained through an update program that includes a `predict()` function and an `update()` function. Those functions that are used to update the global variable x0 based on x0 (the **previous state**) associated with **previous angular velocities** w gained at a previous time T-1 to obtain an updated state x0. The updated state x0 becomes the previous state x0 at time T (the next iteration) of the update program to obtain the updated state x0 at time T.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;          ←——— previous state
```

```
485        x0 = O*q;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

```
529            const vec3_t e(z - Bb);
530            const vec3_t dq(K[0]*e);
531
532            q += getF(q)*(0.5f*dq);
533            x0 = normalize_quat(q);
```

next iteration

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

25

| Claim 14 |
| --- |

obtaining a **current state** of the six-axis motion sensor module by obtaining **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ gained from the motion sensor signals of the six-axis motion sensor module at a current time T;

The `predict()` function runs during each iteration of the fusion algorithm, at a time T its output represents a **current state** output as x0. The `predict()` function is called by the `handleGyro()` function and receives **measured angular velocities**, w, associated with the **current state**.

```
313    void Fusion::handleGyro(const vec3_t& w, float dT) {
314        if (!checkInitComplete(GYRO, w, dT))
315            return;
```

**measured angular velocities**

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;
485        x0  = O*q;
```

**current state**

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

26

| Claim 14 |
| --- |

obtaining a **measured state** of the six-axis motion sensor module by obtaining **measured axial accelerations** Ax, Ay, Az gained from the motion sensor signals of the six-axis motion sensor module at the current time T and calculating **predicted axial accelerations** Ax′, Ay′, Az′ based on the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the current state of the six-axis motion sensor module **without using any derivatives of the measured angular velocities** ωx, ωy, ωz;

The variable e is a **measured state** that includes **measured axil accelerations** z and **predicted axial accelerations** Bb calculated based on x0 (the previous state, which is calculated based on the **measured angular velocities**).

**measured axial accelerations**

```
345        vec3_t unityA = a * l_inv;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
497        // measured vector in body space: h(p) = A(p)*Bi
498        const mat33_t A(quatToMatrix(q));
499        const vec3_t Bb(A*Bi);
```

```
529        const vec3_t e(z - Bb);
```

**measured state**

**measured axial accelerations**

**predicted axial accelerations**

As shown in the code above, the predicted measurement is obtained based on the first signal set **without using any derivatives of the measured angular velocities**.

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

27

| Claim 14 | |
|---|---|

said **current state** of the six-axis motion sensor module is a second quaternion with respect to said current time T;

As shown in the examples provided, the **current state** is represented by the global state variable $x0$, which is a quaternion with respect to the current time T.

```
404    vec4_t Fusion::getAttitude() const {
405        return x0;
406    }
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 14 |
| --- |

comparing the second quaternion in relation to the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the **current state** at current time T with the **measured axial accelerations** Ax, Ay, Az and the **predicted axial accelerations** Ax′, Ay′, Az′ also at current time T; obtaining an **updated state** of the six-axis motion sensor module by comparing the **current state** with the **measured state** of the six-axis motion sensor module; and

For example, as previously shown, the **measured state**, e, is obtained using the update() function, which combines the **measured axial accelerations**, z, and the **predicted axial accelerations**, Bb. Moreover, the **predicted axial accelerations** are determined based on the **measured angular velocities** of the **current state** at the current time T. The update() function further compares the **measured state**, e, and the **current state** to obtain the **updated state**, x0.



**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

29

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 14 |
| --- |

calculating and converting the **updated state** of the six axis motion sensor module to said **resulting deviation comprising said resultant angles** in said spatial pointer reference frame of the 3D pointing device.

The **updated state** x0 is in quaternion form, and can easily be converted to resultant angles.

According to Android's developer library, the `getOrientation()` function "computes the device's orientation based on the rotation matrix," and returns **resultant angles** including the Azimuth, Pitch, and Roll angles.

## getOrientation

Added in API level 3

```
float[] getOrientation (float[] R,
                        float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

The `getRotationMatrixFromVector()` function "convert[s] a rotation vector to a rotation matrix," and the `getQuaternionFromVector()` function "convert[s] a rotation vector to a normalized quaternion." Therefore, the quaternion, x0, can be easily converted to its mathematically equivalent form, rotation matrix, and used by `getOrientation()` function to compute the orientation in its angular form.

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getOrientation(float[], float[])

| Claim 15 |
| --- |

The method for obtaining a resulting deviation of a 3D pointing device of claim 14, further comprises the step of outputting the **updated state** of the six-axis motion sensor module to the **previous state** of the six-axis motion sensor module; and wherein said resultant angles of the resulting deviation includes **yaw, pitch and roll angles** about each of three orthogonal coordinate axes of the spatial pointer reference frame.

For example, Android's source code discloses an iterative process for updating device motion. The **updated state** x0 output at time T-1 becomes an input of the **previous state** at time T and the "state" is iteratively updated.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;        ←——— previous state
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

**updated state** ——→ ~~533~~ ——→ x0 = normalize_quat(q);          **next iteration**

Moreover, the getOrientation() function outputs **yaw, pitch and roll angles**.

```
1094        public static float[] getOrientation(float[] R, float values[]) {
1108            if (R.length == 9) {
1109                values[0] = (float)Math.atan2(R[1], R[4]);
1110                values[1] = (float)Math.asin(-R[7]);
1111                values[2] = (float)Math.atan2(-R[6], R[8]);
1112            } else {
1113                values[0] = (float)Math.atan2(R[1], R[5]);
1114                values[1] = (float)Math.asin(-R[9]);
1115                values[2] = (float)Math.atan2(-R[8], R[10]);
1116            }
```

**Source**: https://android.googlesource.com/platform/frameworks/base/+/b267554/core/java/android/hardware/SensorManager.java

31

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 15 | |

The method for obtaining a resulting deviation of a 3D pointing device of claim 14, further comprises the step of outputting the updated state of the six-axis motion sensor module to the previous state of the six-axis motion sensor module; and wherein said resultant angles of the resulting deviation includes **yaw, pitch and roll angles** about each of three orthogonal coordinate axes of the spatial pointer reference frame.

## getOrientation

added in **API level 3**

```
float[] getOrientation (float[] R,
                        float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: _Azimuth, angle of rotation about the -z axis._ This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: _Pitch, angle of rotation about the x axis._ This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: _Roll, angle of rotation about the y axis._ This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getOrientation(float[], float[])

## Sensor Coordinate System

In general, the sensor framework uses a standard 3-axis coordinate system to express data values. For most sensors, the coordinate system is defined relative to the device's screen when the device is held in its default orientation (see figure 1). When a device is held in its default orientation, the X axis is horizontal and points to the right, the Y axis is vertical and points up, and the Z axis points toward the outside of the screen face. In this system, coordinates behind the screen have negative Z values. This coordinate system is used by the following sensors:

- Acceleration sensor
- Gravity sensor
- Gyroscope
- Linear acceleration sensor
- Geomagnetic field sensor



**Figure 1.** Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 16 |
|---|

The method for obtaining a resulting deviation of a 3D pointing device of claim 14, wherein said **previous state** of the six-axis motion sensor module is a **first quaternion** with respect to said previous time T−1; and said **updated state** of the six-axis motion sensor module is a **third quaternion** with respect to said current time T.

The **previous state** set by the `predict()` function takes the form of a **first quaternion**, x0.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;    ← previous state
```

The `update()` function calculates a **third quaternion** representing the **updated state**, x0.

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

```
529        const vec3_t e(z − Bb);
530        const vec3_t dq(K[0]*e);
531
532        q += getF(q)*(0.5f*dq);
533    → x0 = normalize_quat(q);        updated state
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

33

| Claim 17 |
|---|

The method for obtaining a resulting deviation of 3D pointing device of claim 14, wherein the obtaining of said previous state of the six-axis motion sensor module further comprises initializing said **initial-value set**.

The fusion algorithm sets an **initial-value set** as shown in the `initFusion()` function.

```
218   void Fusion::initFusion(const vec4_t& q, float dT)
219   {
220       // initial estimate: E{ x(t0) }
221       x0 = q;
222       x1 = 0;
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

34

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 19 |
| --- |

A method for obtaining a resulting deviation including resultant angles in a **spatial pointer reference frame** of a **three-dimensional (3D) pointing device** utilizing a six-axis motion sensor module therein and subject to movements and rotations in dynamic environments in said **spatial pointer reference frame**, comprising the steps of:



**three-dimensional (3D) pointing device**

**spatial pointer reference frame**

Figure 1. Coordinate system (relative to a device) that's used by the Sensor API.

**Source**: http://developer.android.com/guide/topics/sensors/sensors_overview.html#sensors-coords

35

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 19 |
|---|

obtaining a **previous state** of the six-axis motion sensor module; wherein the **previous state** includes an initial-value set associated with **previous angular velocities** gained from the motion sensor signals of the six-axis motion sensor module at a previous time T−1;

The previous state is obtained through an update program that includes a `predict()` function and an `update()` function. Those functions that are used to update the global variable x0 based on x0 (the **previous state**) associated with **previous angular velocities** w gained at a previous time T-1 to obtain an updated state x0. The updated state x0 becomes the previous state x0 at time T (the next iteration) of the update program to obtain the updated state x0 at time T.

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;          ← previous state
```

```
485        x0 = O*q;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
```

```
529            const vec3_t e(z - Bb);
530            const vec3_t dq(K[0]*e);
531
532            q += getF(q)*(0.5f*dq);
533            x0 = normalize_quat(q);
```

next iteration

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

36

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 19 |
| --- |

obtaining a **current state** of the six-axis motion sensor module by obtaining **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ gained from the motion sensor signals of the six-axis motion sensor module at a current time T;

The `predict()` function runs during each iteration of the fusion algorithm, at a time T its output represents a **current state** output as x0. The `predict()` function is called by the `handleGyro()` function and receives **measured angular velocities**, w, associated with the **current state**.

```
313    void Fusion::handleGyro(const vec3_t& w, float dT) {
314        if (!checkInitComplete(GYRO, w, dT))
315            return;
```

**measured angular velocities**

```
430    void Fusion::predict(const vec3_t& w, float dT) {
431        const vec4_t q  = x0;
485        x0 = O*q;
```

**current state**

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

37

U.S. Patent No. 8,441,438 – Huawei Honor 8

| Claim 19 |
| --- |

obtaining a **measured state** of the six-axis motion sensor module by obtaining **measured axial accelerations** Ax, Ay, Az gained from the motion sensor signals of the six-axis motion sensor module at the current time T and calculating **predicted axial accelerations** Ax′, Ay′, Az′ based on the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the current state of the six-axis motion sensor module **without using any derivatives of the measured angular velocities** ωx, ωy, ωz;

The variable e is a **measured state** that includes **measured axil accelerations** z and **predicted axial accelerations** Bb calculated based on x0 (the previous state, which is calculated based on the **measured angular velocities**).

**measured axial accelerations**

```
345        vec3_t unityA = a * l_inv;
```

```
495    void Fusion::update(const vec3_t& z, const vec3_t& Bi, float sigma) {
496        vec4_t q(x0);
497        // measured vector in body space: h(p) = A(p)*Bi
498        const mat33_t A(quatToMatrix(q));
499        const vec3_t Bb(A*Bi);
```

```
529        const vec3_t e(z - Bb);
```

**measured state**    **measured axial accelerations**    **predicted axial accelerations**

As shown in the code above, the predicted measurement is obtained based on the first signal set **without using any derivatives of the measured angular velocities**.

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

38

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 19 |
| --- |

said **current state** of the six-axis motion sensor module is a second quaternion with respect to said current time T;

As shown in the examples provided, the **current state** is represented by the global state variable $x0$, which is a quaternion with respect to the current time T.

```
404    vec4_t Fusion::getAttitude() const {
405         return x0;
406    }
```

**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

| Claim 19 |
| --- |

comparing the second quaternion in relation to the **measured angular velocities** $\omega_x$, $\omega_y$, $\omega_z$ of the **current state** at current time T with the **measured axial accelerations** Ax, Ay, Az and the **predicted axial accelerations** Ax′, Ay′, Az′ also at current time T; obtaining an **updated state** of the six-axis motion sensor module by comparing the **current state** with the **measured state** of the six-axis motion sensor module; and

For example, as previously shown, the **measured state**, e, is obtained using the update() function, which combines the **measured axial accelerations**, z, and the **predicted axial accelerations**, Bb. Moreover, the **predicted axial accelerations** are determined based on the **measured angular velocities** of the **current state** at the current time T. The update() function further compares the **measured state**, e, and the **current state** to obtain the **updated state**, x0.





**Source**: https://android.googlesource.com/platform/frameworks/native/+/master/services/sensorservice/Fusion.cpp

**U.S. Patent No. 8,441,438 – Huawei Honor 8**

| Claim 19 |
|---|

calculating and converting the **updated state** of the six axis motion sensor module to said **resulting deviation comprising said resultant angles** in said spatial pointer reference frame of the 3D pointing device.

---

The **updated state** $x0$ is in quaternion form, and can easily be converted to resultant angles.

According to Android's developer library, the `getOrientation()` function "computes the device's orientation based on the rotation matrix," and returns **resultant angles** including the Azimuth, Pitch, and Roll angles.

## getOrientation

Added in API level 3

```
float[] getOrientation (float[] R,
                        float[] values)
```

Computes the device's orientation based on the rotation matrix.

When it returns, the array values are as follows:

- values[0]: *Azimuth*, angle of rotation about the -z axis. This value represents the angle between the device's y axis and the magnetic north pole. When facing north, this angle is 0, when facing south, this angle is π. Likewise, when facing east, this angle is π/2, and when facing west, this angle is -π/2. The range of values is -π to π.

- values[1]: *Pitch*, angle of rotation about the x axis. This value represents the angle between a plane parallel to the device's screen and a plane parallel to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the top edge of the device toward the ground creates a positive pitch angle. The range of values is -π to π.

- values[2]: *Roll*, angle of rotation about the y axis. This value represents the angle between a plane perpendicular to the device's screen and a plane perpendicular to the ground. Assuming that the bottom edge of the device faces the user and that the screen is face-up, tilting the left edge of the device toward the ground creates a positive roll angle. The range of values is -π/2 to π/2.

The `getRotationMatrixFromVector()` function "convert[s] a rotation vector to a rotation matrix," and the `getQuaternionFromVector()` function "convert[s] a rotation vector to a normalized quaternion." Therefore, the quaternion, $x0$, can be easily converted to its mathematically equivalent form, rotation matrix, and used by `getOrientation()` function to compute the orientation in its angular form.

**Source**: https://developer.android.com/reference/android/hardware/SensorManager.html#getOrientation(float[], float[])

41