UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-00495-WCB-RSP <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING HUAWEI'S MOTION TO STAY
CYWEE'S CLAIMS AGAINST THE GOOGLE NEXUS 6P**

Before this Court is Huawei's Motion to Stay CyWee's Claims Against the Google Nexus 6P.  Having considered the moving papers, any response by Plaintiff CyWee Group Ltd., and good cause appearing, the Court GRANTS the motion in its entirety.  CyWee's claims regarding the Google Nexus 6P are STAYED until final resolution of *CyWee Group Ltd. v. Google LLC*, No. 18-571, in the District of Delaware.

IT IS SO ORDERED.