IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
TEXAS MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:17-cv-00495-WCB-RSP |
| HUAWEI DEVICE CO. LTD., | ) |
| HUAWEI DEVICE (DONGGUAN) | ) **JURY TRIAL DEMANDED** |
| CO. LTD., AND HUAWEI DEVICE | ) |
| USA, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR ISSUANCE
## OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, and 28 U.S.C. § 1781, defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. move for issuance of a Letter of Request for International Judicial Assistance to the Appropriate Judicial Authority of the Netherlands, requesting Xsens Technologies B.V. ("Xsens") to produce relevant documents to this litigation.

Defendants submit that the requested documents are necessary and in the interest of justice, that defendants cannot serve Xsens by subpoena within the United States, and that defendants cannot directly compel Xsens to produce documents in the United States. Furthermore, defendants seek discovery relevant to its defenses to claims of patent infringement by plaintiff CyWee Group Ltd.

Therefore, defendants request that this Court grant this motion and issue the proposed Letter of Request for International Judicial Assistance attached as Exhibit 1, bearing an original

signature by the Court and original seal affixed by the clerk of the Court.  Defendants make these specific requests to comply with the requirements for service in the Netherlands.

Date:  July 5, 2018                              Respectfully submitted,

    */s/ J. Mark Mann*
J. Mark Mann (TX Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (TX Bar No. 24042033)
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main Street
Henderson, Texas, 75652
+1 (903) 657-8540
+1 (903) 657-6003 facsimile

Steven D. Moore (CA Bar No. 290875)
Kristopher L. Reed (CA Bar No. 235518)
Benjamin M. Kleinman-Green (CA Bar No. 261846)
huaweicywee@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, California, 94111
+1 (415) 576-0200
+1 (415) 576-0300 facsimile

Matthew S. Warren (CA Bar No. 230565)
Elaine Y. Chow (CA Bar No.194063)
(admitted pro hac vice)
WARREN LEX LLP
17-495@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.*

– 3 –

## CERTIFICATE OF SERVICE

I certify that on July 5, 2018, I served the foregoing by notice of electronic filing on counsel of record registered as CM/ECF users.

                                             */s/ J. Mark Mann*
                                             J. Mark Mann