### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00495-WCB-RSP |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., | |
| *Defendants.* | |

## DECLARATION OF WILLIAM D. ELLERMAN

I, William D. Ellerman, declare as follows:

1. I am an attorney at Shore Chan DePumpo LLP and counsel of record for Plaintiff CyWee Group Ltd. ("CyWee") in the above-captioned matter. I am over the age of 21 and competent to make this declaration. All the statements set forth herein are true and correct and are based upon my personal knowledge.

2. Attached as Exhibit A is a true and correct excerpt from the U.S. District Courts' National Judicial Caseload Profile Statistics, available at http://www.uscourts.gov/statistics/table/na/federal-court-management-statistics/2018/03/31-1 (last accessed on July 17, 2018).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: July 17, 2018         */s/ William D. Ellerman*
                             William D. Ellerman