# EXHIBIT A

**United States District Courts — National Judicial Caseload Profile**

|  |  |  | 12-Month Periods Ending ||||||
|---|---|---|---|---|---|---|---|---|
|  |  |  | Mar 31 2013 | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 |
| **Overall Caseload Statistics** |  | Filings [1] | 379,011 | 406,331 | 376,905 | 371,507 | 387,758 | 379,581 |
|  |  | Terminations | 363,364 | 365,740 | 362,004 | 365,176 | 381,292 | 383,069 |
|  |  | Pending | 370,067 | 410,461 | 423,100 | 427,512 | 432,872 | 427,380 |
|  |  | Percent Change in Total Filings Current Year Over Earlier Year | 0.2 | -6.6 | 0.7 | 2.2 | -2.1 |  |
|  |  | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
|  |  | Vacant Judgeship Months [2] | 777.4 | 877.2 | 533.2 | 641.7 | 1,032.3 | 1,426.3 |
| **Actions per Judgeship** | Filings | Total | 560 | 600 | 557 | 549 | 573 | 561 |
|  |  | Civil | 402 | 449 | 416 | 406 | 431 | 409 |
|  |  | Criminal Felony | 121 | 114 | 105 | 106 | 102 | 111 |
|  |  | Supervised Release Hearings | 37 | 37 | 36 | 37 | 39 | 41 |
|  | Pending Cases [2] |  | 547 | 606 | 625 | 631 | 639 | 631 |
|  | Weighted Filings [2] |  | 496 | 521 | 485 | 481 | 489 | 496 |
|  | Terminations |  | 537 | 540 | 535 | 539 | 563 | 566 |
|  | Trials Completed |  | 19 | 19 | 18 | 17 | 17 | 16 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.3 | 7.4 | 7.6 | 7.4 | 7.6 | 7.4 |
|  |  | Civil [2] | 8.4 | 8.6 | 8.6 | 8.7 | 9.9 | 10.1 |
|  | From Filing to Trial [2] (Civil Only) |  | 25.7 | 26.7 | 26.6 | 26.7 | 26.6 | 26.3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] |  | 28,791 10.3 | 28,560 8.8 | 28,656 8.4 | 42,069 12.2 | 61,011 17.4 | 52,820 15.6 |
|  | Average Number of Felony Defendants Filed per Case |  | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
|  | Jurors | Avg. Present for Jury Selection | 50.5 | 50.9 | 49.2 | 47.9 | 49.7 | 50.5 |
|  |  | Percent Not Selected or Challenged | 37.6 | 37.6 | 36.4 | 37.3 | 38.3 | 36.6 |

| 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense ||||
|---|---|---|---|
| Total Civil |  | 277,010 | Total Criminal[1] | 74,885 |
| A-Social Security | 19,339 | A-Marijuana | 2,567 |
| B-Personal Injury/Product Liability | 44,563 | B-All Other Drugs | 20,557 |
| C-Prisoner Petitions | 53,965 | C-Immigration | 23,247 |
| D-Forfeitures and Penalties | 1,190 | D-Firearms and Explosives | 10,687 |
| E-Real Property | 7,224 | E-Fraud | 6,860 |
| F-Labor Suits | 17,780 | F-Violent Offenses | 2,687 |
| G-Contracts | 24,802 | G-Sex Offenses | 3,161 |
| H-Torts (other than Personal Injury/Product Liability) | 21,872 | H-Forgery and Counterfeiting | 425 |
| I-Copyright, Patent, and Trademark | 11,132 | I-Larceny and Theft | 1,116 |
| J-Civil Rights | 40,371 | J-Justice System Offenses | 804 |
| K-Antitrust | 619 | K-Regulatory Offenses | 871 |
| L-All Other Civil | 34,153 | L-All Other Criminal | 1,903 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**DELAWARE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2013 | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 2,112 | 2,274 | 1,691 | 1,390 | 1,667 | 2,225 | | |
| | | Terminations | 1,528 | 2,147 | 2,294 | 1,750 | 1,413 | 2,125 | | |
| | | Pending | 2,638 | 2,764 | 2,161 | 1,803 | 2,059 | 2,161 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 5.4 | -2.2 | 31.6 | 60.1 | 33.5 | | 4 | 2 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.0 | 0.0 | 1.8 | 23.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 528 | 569 | 423 | 348 | 417 | 556 | 29 | 2 |
| | | Civil | 489 | 528 | 400 | 315 | 395 | 528 | 13 | 2 |
| | | Criminal Felony | 31 | 34 | 16 | 27 | 17 | 24 | 92 | 6 |
| | | Supervised Release Hearings | 8 | 7 | 8 | 6 | 5 | 5 | 90 | 5 |
| | Pending Cases [2] | | 660 | 691 | 540 | 451 | 515 | 540 | 31 | 4 |
| | Weighted Filings [2] | | 920 | 1,050 | 710 | 503 | 565 | 878 | 3 | 1 |
| | Terminations | | 382 | 537 | 574 | 438 | 353 | 531 | 31 | 2 |
| | Trials Completed | | 18 | 19 | 22 | 13 | 15 | 14 | 59 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.1 | 9.8 | 11.2 | 13.8 | 11.6 | 13.1 | 74 | 3 |
| | | Civil [2] | 8.0 | 7.7 | 10.7 | 12.4 | 10.4 | 5.3 | 6 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 32.3 | 27.7 | 33.7 | 24.8 | 24.4 | 27.1 | 33 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 238 9.7 | 282 11.0 | 285 14.2 | 209 12.8 | 253 13.4 | 189 9.6 | 67 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.6 | 1.3 | 1.6 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 46.9 | 44.4 | 43.0 | 67.6 | 57.7 | 87.6 | | |
| | | Percent Not Selected or Challenged | 36.4 | 27.0 | 28.7 | 45.6 | 41.5 | 46.7 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2,111 | 34 | 272 | 233 | 5 | 10 | 15 | 139 | 49 | 965 | 104 | 4 | 281 |
| Criminal [1] | 95 | 3 | 35 | 9 | 23 | 10 | 3 | 6 | - | 1 | - | - | 5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2013 | Mar 31 2014 | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 4,889 | 5,188 | 5,075 | 5,827 | 5,458 | 4,021 | | |
| | | Terminations | 4,341 | 4,935 | 5,131 | 6,000 | 5,454 | 4,668 | | |
| | | Pending | 5,446 | 5,655 | 5,551 | 5,373 | 5,382 | 4,740 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -17.8 | -22.5 | -20.8 | -31.0 | -26.3 | | 90 | 9 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months ² | 24.0 | 24.0 | 24.7 | 25.3 | 36.0 | 37.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 611 | 649 | 634 | 728 | 682 | 503 | 42 | 6 |
| | | Civil | 468 | 507 | 540 | 603 | 592 | 395 | 30 | 4 |
| | | Criminal Felony | 142 | 140 | 93 | 125 | 90 | 106 | 33 | 4 |
| | | Supervised Release Hearings | 1 | 2 | 1 | 1 | 1 | 1 | 94 | 9 |
| | Pending Cases ² | | 681 | 707 | 694 | 672 | 673 | 593 | 26 | 5 |
| | Weighted Filings ² | | 887 | 934 | 927 | 1,181 | 949 | 618 | 12 | 4 |
| | Terminations | | 543 | 617 | 641 | 750 | 682 | 584 | 22 | 3 |
| | Trials Completed | | 16 | 20 | 15 | 14 | 14 | 12 | 70 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.6 | 12.3 | 14.3 | 12.2 | 11.9 | 11.5 | 62 | 8 |
| | | Civil ² | 8.7 | 9.1 | 8.3 | 6.5 | 7.2 | 7.8 | 27 | 5 |
| | From Filing to Trial ² (Civil Only) | | 24.9 | 21.3 | 22.9 | 20.9 | 18.2 | 20.2 | 10 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 186 4.9 | 207 5.5 | 216 5.3 | 221 5.7 | 218 5.4 | 232 6.9 | 50 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 2.2 | 2.0 | 2.0 | 1.9 | 1.8 | | |
| | **Jurors** | Avg. Present for Jury Selection | 36.9 | 34.3 | 41.0 | 37.8 | 39.0 | 37.1 | | |
| | | Percent Not Selected or Challenged | 35.5 | 29.5 | 36.7 | 29.9 | 34.2 | 29.5 | | |

| 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,163 | 182 | 59 | 1,028 | 19 | 105 | 116 | 233 | 232 | 728 | 225 | 11 | 225 |
| Criminal ¹ | 844 | 22 | 435 | 65 | 156 | 67 | 18 | 31 | 5 | 10 | 8 | 11 | 16 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."