# Exhibit 18

THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CYWEE GROUP LTD., <br> *Plaintiff,* <br> v. <br> HTC CORPORATION and <br> HTC AMERICA, INC., <br> *Defendants.* | CASE NO. 2:17-cv-00932-JLR <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** <br><br> JURY TRIAL DEMANDED <br><br> **NOTE ON MOTION CALENDAR: JULY 17, 2018** |

Plaintiff and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Court entered a Minute Order Setting Trial Dates and Related Dates on December 14, 2017 (Doc. No. 42). The Court entered an order amending its December 14, 2017 scheduling order on April 10, 2018 (Doc. No. 73) and an order affirming its amendments to the scheduling order on April 19, 2018 (Doc. No. 78).

2. Since the parties submitted their Joint Status Report containing proposed pretrial deadlines on November 21, 2017, depositions have been scheduled in another case that will require Plaintiff's counsel to travel to South Korea for depositions in the midst of claim construction

STIPULATED AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:17-CV-932-JLR– 1

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

briefing under the current schedule in this action. Accordingly, Plaintiff and Defendants have agreed to revise the remaining pretrial deadlines in this case to accommodate counsel's conflicts.

   3.  Plaintiff and Defendants therefore request that the Court enter a further amendment to its Scheduling Order containing the following revised deadlines:

| Event | Revised Date |
|---|---|
| HTC's Deadline for Service of Summons and Third-Party Complaint | Thursday, October 11, 2018 |
| Joint Claim Chart and Prehearing Statement | Friday, August 10, 2018 |
| Opening Claim Construction Briefs | Tuesday, August 28, 2018 |
| Responsive Claim Construction Briefs | Tuesday, September 25, 2018 |
| Markman Hearing (9:00 AM) (Subject to the Court's availability) | Tuesday, October 23, 2018 |
| Initial Expert Reports | Thursday, November 29, 2018 |
| Rebuttal Expert Reports | Tuesday, January 29, 2019 |
| Deadline to Amend Pleadings | Monday, February 11, 2019 |
| Deadline to Note Discovery Motions [No later than the Friday before discovery closes] | Friday, February 15, 2019 |
| Close of Discovery | Monday, February 18, 2019 |
| Deadline to File Dispositive Motions | Friday, February 22, 2019 |
| Deadline to Note Dispositive Motions [No later than fourth Friday after filing] | Monday, March 18, 2019 |
| Deadline to hold Settlement Conference per CR 39.1(c)(2) | Monday, March 25, 2019 |

STIPULATED AND [PROPOSED] ORDER TO AMEND
SCHEDULING ORDER
2:17-CV-932-JLR– 2

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

| Deadline to File Motions in Limine | Tuesday, May 14, 2019 |
|---|---|
| Deadline to Note Motions in Limine [No later than second Friday after filing] | Tuesday, May 28, 2019 |
| Pretrial Order | Monday, May 27, 2019 |
| Pretrial Conference (2:00 PM) | Friday, May 31, 2019 |
| Trial Briefs, Proposed Voir Dire Questions and Jury Instructions | Friday, June 7, 2019 |
| Trial (7-8 days) (Subject to the Court's availability)[1] | Friday, June 14, 2019 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 17, 2018

/s/ Carmen E. Bremer
Carmen E. Bremer, WSBA 47,565
carmen.bremer@bremerlawgroup.com
BREMER LAW GROUP PLLC
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 357-8442
F: (206) 858-9730

Michael W. Shore* (mshore@shorechan.com)
Alfonso G. Chan* (achan@shorechan.com)
Christopher Evans* (cevans@shorechan.com)
Ari B. Rafilson* (arafilson@shorechan.com)
William D. Ellerman (wellerman@shorechan.com)
Paul T. Beeler* (pbeeler@shorechan.com)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
T: (214) 593-9110
F: (214) 593-9111

* Admitted pro hac vice

Attorneys for Plaintiff CyWee Group Ltd.

---

[1] The parties are mindful of the Court's schedule and understand that the Court may reschedule trial to the end of its trial calendar.

STIPULATED AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:17-CV-932-JLR– 3

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

DATED: July 17, 2018

WILSON SONSINI GOODRICH & ROSATI

By: *s/ Gregory L. Watts*
Gregory L. Watts, WSBA # 43995
**WILSON SONSINI GOODRICH &ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, CA Bar #177155 (*pro hac vice*)
Ryan R. Smith, CA Bar #229323(*pro hac vice*)
Albert Shih, CA Bar # 251726 (*pro hac vice*)
Jamie Y. Otto, CA Bar # 295099 (*pro hac vice*)
**WILSON SONSINI GOODRICH &ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com
ashih@wsgr.com, jotto@wsgr.com

Ty W. Callahan, CA Bar # 312548 (*pro hac vice*)
**WILSON SONSINI GOODRICH &ROSATI**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: tcallahan@wsgr.com

Attorneys for Defendants and Third-Party Plaintiffs
HTC Corporation and HTC America, Inc.

STIPULATED AND [PROPOSED] ORDER TO AMEND
SCHEDULING ORDER
2:17-CV-932-JLR– 4

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:_____

                                                 _____
The Honorable James L. Robart United States District Court Judge

STIPULATED AND [PROPOSED] ORDER TO AMEND
SCHEDULING ORDER
2:17-CV-932-JLR– 5

SHORE CHAN DEPUMPO LLP
901 MAIN STREET, SUITE 3300
DALLAS, TX 75202
TELEPHONE: 214-593-9110