# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HUAWEI DEVICE CO. LTD., )<br>HUAWEI DEVICE (DONGGUAN) )<br>CO. LTD., AND HUAWEI DEVICE )<br>USA, INC., )<br>    Defendants. )<br>) | Civil Action No.<br>2:17-cv-00495-WCB-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC.

Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. ("Huawei") hereby notify the Court that Erika H. Warren of Warren Lex LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, appears as additional counsel for Huawei in this matter.  Please serve all pleadings, discovery, correspondence, and other material on Ms. Warren at this address.

Date:  August 24, 2018

Respectfully Submitted,

_____
Erika H. Warren (CA Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
17-495@cases.warrenlex.com
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorney for Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3) on August 24, 2018.

Erika H. Warren