# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § § § Plaintiff, § § vs. § § HUAWEI DEVICE CO. LTD., § HUAWEI DEVICE (DONGGUAN) CO. § LTD., AND HUAWEI DEVICE § USA, INC., § § Defendants. § § | CASE NO. 2:17-cv-00495-WCB-RSP<br><br>JURY TRIAL REQUESTED |

## JOINT MOTION TO CONTINUE THE DEADLINES TO DEPOSE DR. LAVIOLA AND TO FILE CLAIM CONSTRUCTION SUR-REPLY

Plaintiff CyWee Group Ltd. ("CyWee") and Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd. and Huawei Device USA, Inc. (collectively, "Huawei") were unable to find a mutually acceptable date before September 20, 2018, to depose Dr. LaViola, but have identified September 25, 2018 as a mutually acceptable date for the deposition.  To allow Huawei a reasonable opportunity to address the deposition in its sur-reply, CyWee has no objection to continuing the deadline for the filing of that sur-reply from Thursday, September 27 to Monday, October 1.

The parties therefore respectfully request that the Court continue until September 25 the deadline for Dr. LaViola's deposition and continue until October 1 the deadline for Huawei's claim construction sur-reply.

Dated: September 20, 2018

Respectfully submitted,

/s/ *Ari B. Rafilson*
Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso G. Chan (Texas 24012408)

1

achan@shorechan.com
Christopher Evans (Texas 24058901)
cevans@shorechan.com
Ari B. Rafilson (Texas 24060456)
arafilson@shorechan.com
William D. Ellerman (Texas 24007151)
wellerman@shorechan.com
Paul T. Beeler (Texas 24095432)
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Counsel for CyWee Group Ltd.*


/s/ *Steven D. Moore*
Steven D. Moore (CA 290875)
smoore@kilpatricktownsend.com
Benjamin M. Kleinman (CA 261846)
bkleinman@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone : (415) 576-0200
Facsimile : (415) 576-0300

J. Mark Mann (Texas 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas 24042033)
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main
Henderson, TX 75652
Telephone : (903) 657-8540
Facsimile : (903) 657-6003

Kristopher L. Reed (CO 36991)
kreed@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Steet, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 265-9618

        Matthew Warren (CA 230565)
        Elaine Y. Chow (CA 194063)
        WARREN LEX LLP
        2261 Market Street, Suite 606
        San Francisco, CA 94114
        Telephone: (415) 895-2940
        Facsimile: (415) 895-2964
        17-495@cases.warrenlex.com

*Counsel for Defendants Huawei Device Co., Ltd., Huawei Device (Dongguan) Co., Ltd., and Huawei Device USA, Inc.*

## **ORDER**

Having considered the parties' Joint Motion to Continue the Deadlines to Depose Dr. LaViola and to file Claim Construction Sur-Reply, the Court **GRANTS** the motion.

**IT IS SO ORDERED.**

SIGNED this ___ day of September, 2018.

 

 

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on September 20, 2018, plaintiff's counsel conferred with defendant's counsel and that plaintiff's counsel does not oppose the defendants' motion.

*/s/ Steven D. Moore*
Steven D. Moore

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 20, 2018.

*/s/ Steven D. Moore*
Steven D. Moore
