# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| CYWEE GROUP LTD.,              | § |                                   |
|--------------------------------|---|-----------------------------------|
| *Plaintiff*,                   | § |                                   |
| v.                             | § | Case No. 2:17-CV-0495-WCB-RSP    |
| HUAWEI TECHNOLOGIES CO., INC., ET AL. | § |                           |
| *Defendants*.                  | § |                                   |

## THIRD AMENDED DOCKET CONTROL ORDER

Before the Court is the parties' Joint Motion for Entry of Amended Docket Control Order, Dkt. No. 114. The motion is GRANTED, and the following schedule of deadlines shall be in effect:

| Original Date | Modified Date | Task |
|---|---|---|
|  | October 21, 2019 | *Jury Selection – in Marshall, Texas, before Judge William C. Bryson |
|  | September 30, 2019 | *Pretrial Conference – in Washington, D.C., before Judge William C. Bryson |
| July 16, 2019 | September 23, 2019 | *Notify Court of Agreements Reached during Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00pm CST three (3) business days before the pretrial conference. |
| July 15, 2019 | September 20, 2019 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| July 8, 2019 | September 6, 2019 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so |

1

| | | |
|---|---|---|
| | | prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| July 8, 2019 | September 6, 2019 | *File Notice of Request for Daily Transcript or Real Time Reporting<br><br>If the daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov |
| July 3, 2019 | September 2, 2019 | Serve Objections to Rebuttal Pretrial Disclosures |
| June 19, 2019 | August 19, 2019 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| June 12, 2019 | August 12, 2019 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| May 22, 2019 | July 22, 2019 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties. |
| May 22, 2019 | July 22, 2019 | *File Motions to Strike Expert Testimony (including *Daubert* motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| May 8, 2019 | July 8, 2019 | Deadline to Complete Expert Discovery |
| April 3, 2019 | June 3, 2019 | Serve Disclosures for Rebuttal Expert Witnesses |
| February 20, 2019 | April 22, 2019 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| January 23, 2019 | March 25, 2019 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| January 23, 2019 | March 25, 2019 | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

2

IT IS SO ORDERED.

SIGNED this 9th day of January, 2019.

*William C. Bryson*

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE