UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § | CASE NO. 2:17-cv-00495-RWS-RSP <br><br><br> JURY TRIAL REQUESTED |

**JOINT MOTION AND STIPULATION REGARDING STAY**

WHEREAS, Plaintiff CyWee Group Ltd. ("CyWee") has filed a Complaint against Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. (collectively "Huawei") alleging infringement of U.S. Patents Nos. 8,441,438 and 8,552,978 (collectively, the "patents-in-suit");

WHEREAS, Google LLC ("Google") has filed the following petitions for *inter partes* review ("IPR") challenging certain claims in the patents-in-suit: IPR2018-01257 and IPR2018-01258 (the "IPR Proceedings");

WHEREAS, Huawei is listed as a real party in interest to those petitions;

WHEREAS, the Patent Trial and Appeal Board has instituted the IPR Proceedings on all challenged claims of the patents-in-suit;

WHEREAS, Huawei has indicated its intent to move to stay this case pending completion of the IPR Proceedings;

1

WHEREAS, on January 4, 2019, a similar case in Delaware to this case was ordered stayed by similar stipulation (*see CyWee Group Ltd. v. Google LLC*, USDC Delaware, Case No. 18-571 RGA, Dkt. No. 38);

WHEREAS, in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, the parties have agreed to stay this case pending final resolution of the IPR Proceedings;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeal, of the IPR Proceedings on the patents-in-suit. Each party reserves the right to request that the stay be lifted or modified due to changed circumstances. The parties therefore move that the Court enter such a stay.

Dated: January 10, 2019    Respectfully submitted,

/s/ *Steven D. Moore*
Steven D. Moore (CA 290875)
smoore@kilpatricktownsend.com
Benjamin M. Kleinman (CA 261846)
bkleinman@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone : (415) 576-0200
Facsimile : (415) 576-0300

J. Mark Mann (Texas 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas 24042033)
blake@themannfirm.com
MANN TINDEL THOMPSON
300 West Main
Henderson, TX 75652
Telephone : (903) 657-8540
Facsimile : (903) 657-6003

        Kristopher L. Reed (CO 36991)
        kreed@kilpatricktownsend.com
        KILPATRICK TOWNSEND & STOCKTON LLP
        1400 Wewatta Steet, Suite 600
        Denver, CO 80202
        Telephone: (303) 571-4000
        Facsimile: (303) 265-9618

        Matthew Warren (CA 230565)
        Elaine Y. Chow (CA 194063)
        WARREN LEX LLP
        2261 Market Street, Suite 606
        San Francisco, CA 94114
        Telephone: (415) 895-2940
        Facsimile: (415) 895-2964
        17-495@cases.warrenlex.com

        ***Counsel for Defendants Huawei Device Co., Ltd.,***
        ***Huawei Device (Dongguan) Co., Ltd., and***
        ***Huawei Device USA, Inc.***


        /s/ *Ari B. Rafilson*
        Michael W. Shore (Texas 18294915)
        mshore@shorechan.com
        Alfonso G. Chan (Texas 24012408)
        achan@shorechan.com
        Christopher Evans (Texas 24058901)
        cevans@shorechan.com
        Ari B. Rafilson (Texas 24060456)
        arafilson@shorechan.com
        William D. Ellerman (Texas 24007151)
        wellerman@shorechan.com
        Paul T. Beeler (Texas 24095432)
        pbeeler@shorechan.com

        SHORE CHAN DEPUMPO LLP
        901 Main Street, Suite 3300
        Dallas, Texas 75202
        Telephone: (214) 593-9110
        Facsimile: (214) 593-9111

        ***Counsel for Plaintiff CyWee Group Ltd.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 10, 2019, defendants' counsel conferred with plaintiff's counsel and that plaintiff's counsel does not oppose the motion.

*/s/ Steven D. Moore*
Steven D. Moore

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 10, 2019.

*/s/ Steven D. Moore*
Steven D. Moore
