# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:17-CV-0495-WCB-RSP |
| HUAWEI TECHNOLOGIES CO., INC., ET AL. | § | |
| *Defendants*. | § | |

## ORDER OF THE COURT

Having considered the parties' Joint Motion and Stipulation Regarding Stay, this case is STAYED pending final resolution, including any appeal, of both IPR2018-01257 and IPR2018-01258.  Each party may request that the stay be lifted or modified due to changed circumstances.

IT IS SO ORDERED.

SIGNED this 10th day of January, 2019.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE