UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> vs. <br><br> HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., <br><br> Defendants. | CASE NO. 2:17-cv-00495-WCB-RSP <br><br> JURY TRIAL REQUESTED |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS

Pursuant to Local Rule CV-11(c), Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. ("Huawei") file this Unopposed Motion to Withdraw Counsel (the "Motion"). In support of this Motion, Huawei shows the Court the following:

1. Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman, and Norris P. Boothe, having appeared in the above-captioned case on behalf of Huawei, will no longer be working on this case as counsel for Huawei.

2. Huawei will continue to be represented by Steven M. Geiszler of Futurewei Technologies, Inc., Matthew S. Warren, Elaine Y. Chow, and Erika H. Warren of Warren Lex LLP, and J. Mark Mann and G. Blake Thompson of Mann, Tindel, Thompson.

3. The withdrawal of Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman, and Norris P. Boothe as counsel for Huawei will not delay the proceedings in this matter.

1

4.	Huawei has met and conferred with Plaintiff, and Plaintiff does not oppose this Motion.

5.	Therefore, Huawei requests that this Motion be granted and that Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman, and Norris P. Boothe be removed from the official service list in this case.

DATED:  April 15, 2022                    Respectfully submitted,

                                        By: /s/ *Kristopher L. Reed*
                                            J. Mark Mann (TX Bar No. 12926150)
                                            mark@themannfirm.com
                                            G. Blake Thompson (TX Bar No. 24042033)
                                            blake@themannfirm.com
                                            MANN TINDEL THOMPSON
                                            300 West Main Street
                                            Henderson, TX 75652
                                            (903) 657-8540 Telephone
                                            (903) 657-6003 Facsimile

                                            Steven D. Moore, Lead Counsel (CA Bar No. 290875)
                                            smoore@kilpatricktownsend.com
                                            Benjamin M. Kleinman (CA Bar No. 261846)
                                            bkleinman@kilpatricktownsend.com
                                            KILPATRICK TOWNSEND & STOCKTON LLP
                                            Two Embarcadero Center, Suite 1900
                                            San Francisco, CA 94111
                                            (415) 576-0200 Telephone
                                            (415) 576-0300 Facsimile
                                            huaweicywee@kilpatricktownsend.com

                                            Kristopher L. Reed (CO Bar No. 36991)
                                            kreed@kilpatricktownsend.com
                                            KILPATRICK TOWNSEND & STOCKTON LLP
                                            1400 Wewatta Street, Suite 600
                                            Denver, CO 80202
                                            Telephone: (303) 571-4000
                                            Facsimile:  (303) 265-9618

                                            Norris P. Boothe (CA Bar No. 307702)
                                            nboothe@kilpatricktownsend.com
                                            KILPATRICK TOWNSEND & STOCKTON LLP
                                            1302 El Camino Real, Suite 175
                                            Menlo Park, CA 94025
                                            Telephone: (650) 326-2400
                                            Facsimile:  (650) 326-2422

Matthew S. Warren (CA Bar No. 230565)
Elaine Y. Chow (CA Bar No. 194063)
Erika H. Warren (CA Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940 Telephone
(415) 895-2964 Facsimile
17-495@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.*

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 15, 2022.

/s/ *Kristopher L. Reed*
Kristopher L. Reed