**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § § § § | |
| Plaintiff, | § | CASE NO. 2:17-cv-00495-WCB-RSP |
| | § § | |
| vs. | § | |
| | § | |
| HUAWEI DEVICE CO. LTD., | § | JURY TRIAL REQUESTED |
| HUAWEI DEVICE (DONGGUAN) CO. | § | |
| LTD., AND HUAWEI DEVICE | § | |
| USA, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS

Pursuant to Local Rule CV-11(c), Defendants Huawei Device Co. Ltd., Huawei Device

(Dongguan) Co. Ltd., and Huawei Device USA, Inc. ("Huawei") file this Unopposed Motion to

Withdraw Counsel (the "Motion").  In support of this Motion, Huawei shows the Court the

following:

1.      Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman, and Norris P.

Boothe, having appeared in the above-captioned case on behalf of Huawei, will no longer be

working on this case as counsel for Huawei.

2.      Huawei will continue to be represented by Steven M. Geiszler of Futurewei

Technologies, Inc., Matthew S. Warren, Elaine Y. Chow, and Erika H. Warren of Warren Lex

LLP, and J. Mark Mann and G. Blake Thompson of Mann, Tindel, Thompson.

3.      The withdrawal of Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman,

and Norris P. Boothe as counsel for Huawei will not delay the proceedings in this matter.

4.      Huawei has met and conferred with Plaintiff, and Plaintiff does not oppose this Motion.

5.      Therefore, Huawei requests that this Motion be granted and that Steven D. Moore, Kristopher L. Reed, Benjamin M. Kleinman, and Norris P. Boothe be removed from the official service list in this case.

DATED:  April 18, 2022          Respectfully submitted,


By: /s/ *Kristopher L. Reed*
    J. Mark Mann (TX Bar No. 12926150)
    mark@themannfirm.com
    G. Blake Thompson (TX Bar No. 24042033)
    blake@themannfirm.com
    MANN TINDEL THOMPSON
    300 West Main Street
    Henderson, TX 75652
    (903) 657-8540 Telephone
    (903) 657-6003 Facsimile

    Steven D. Moore, Lead Counsel (CA Bar No. 290875)
    smoore@kilpatricktownsend.com
    Benjamin M. Kleinman (CA Bar No. 261846)
    bkleinman@kilpatricktownsend.com
    KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center, Suite 1900
    San Francisco, CA 94111
    (415) 576-0200 Telephone
    (415) 576-0300 Facsimile
    huaweicywee@kilpatricktownsend.com

    Kristopher L. Reed (CO Bar No. 36991)
    kreed@kilpatricktownsend.com
    KILPATRICK TOWNSEND & STOCKTON LLP
    1400 Wewatta Street, Suite 600
    Denver, CO 80202
    Telephone: (303) 571-4000
    Facsimile:  (303) 265-9618

    Norris P. Boothe (CA Bar No. 307702)
    nboothe@kilpatricktownsend.com
    KILPATRICK TOWNSEND & STOCKTON LLP
    1302 El Camino Real, Suite 175
    Menlo Park, CA 94025
    Telephone: (650) 326-2400
    Facsimile:  (650) 326-2422

Matthew S. Warren (CA Bar No. 230565)
Elaine Y. Chow (CA Bar No. 194063)
Erika H. Warren (CA Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940 Telephone
(415) 895-2964 Facsimile
17-495@cases.warrenlex.com

*Attorneys for Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 18, 2022.

*/s/ Kristopher L. Reed*
Kristopher L. Reed

6

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned hereby certifies that on April 14, 2022,

Defendants' counsel conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose

Defendants' motion.


/s/ *Kristopher L. Reed*
Kristopher L. Reed