# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § § § *Plaintiff*, § § v. § § HUAWEI DEVICE CO. LTD., HUAWEI § DEVICE (DONGGUAN) CO. LTD., and § HUAWEI DEVICE USA, INC., § § *Defendants.* § | Case No. 2:17-CV-495-WCB |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEYS

Pursuant to Local Rule CV-11(c), Defendants Huawei Device Co. Ltd., Huawei Device (Dongguan) Co. Ltd., and Huawei Device USA, Inc. ("Huawei") filed an Unopposed Motion to Withdraw Counsel (the "Motion"). The motion is GRANTED.

IT IS SO ORDERED.

SIGNED this 19th day of April, 2022.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE