# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00495-WCB-RSP |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., | |
| *Defendants.* | |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEYS AND TERMINATE ELECTRONIC NOTICES

Plaintiff CyWee Group Ltd. moves the Court for an order withdrawing Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler as counsel of record for Plaintiff. The withdrawal will not have a materially adverse effect on Plaintiff because Plaintiff is still represented by competent counsel who is fully capable of representing Plaintiff's interests. Defendants do not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion, permit Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler to withdraw from the instant action, and request removal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler from the list of persons authorized to receive electronic notices in this case.

Therefore, CyWee requests that this Motion be granted and that Alfonso Garcia Chan, Ari B. Rafilson, William D. Ellerman, and Paul T. Beeler be removed from the official service list in this case.

Date: July 28, 2022

Respectfully submitted,

/s/ Ari Rafilson
Michael W. Shore
Texas State Bar No. 18294915
mshore@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Ari B. Rafilson
Texas State Bar No. 24060456
arafilson@shorechan.com
William D. Ellerman
Texas State Bar No. 24007151
wellerman@shorechan.com
Paul T. Beeler
Texas State Bar No. 24095432
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111

Attorneys for Plaintiff
CyWee Group Ltd.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 28, 2022.

/s/ *Ari Rafilson*
Ari Rafilson

## <u>CERTIFICATE OF CONFERENCE</u>

This is to certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defendants do not oppose the motion.

/s/ *Ari Rafilson*
Ari Rafilson