# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., *Plaintiff,* v. HUAWEI DEVICE CO. LTD., HUAWEI DEVICE (DONGGUAN) CO. LTD., AND HUAWEI DEVICE USA, INC., *Defendants.* | CASE NO. 2:17-cv-00495-WCB-RSP  JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AND TERMINATE ELECTRONIC NOTICES

Before the Court is Plaintiff CyWee Group Ltd.'s Unopposed Motion to Withdraw Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler and Terminate Electronic Notices. The Court finds that the motion is well taken and is hereby GRANTED. Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler are hereby withdrawn as counsel for Plaintiff. The clerk shall terminate electronic notices to Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler.

IT IS SO ORDERED.