IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYWEE GROUP LTD.**, <br><br> Plaintiff, <br><br> v. <br><br> **HUAWEI TECHNOLOGIES CO., LTD.,** *et al.*, <br><br> Defendants. | No. 2:17-cv-495-WCB-RSP <br><br> Jury Trial Demanded |

## STIPULATION OF DISMISSAL

WHEREAS, all asserted claims of both patents asserted in this action by Plaintiff CyWee Group Ltd. have been held unpatentable in final written decisions by the United States Patent & Trademark Office in *inter partes* review proceedings, and such decisions have been affirmed by the Federal Circuit. *See CyWee Group Ltd. v. Google LLC*, 59 F.4th 1263 (Fed. Cir. 2023); *CyWee Group Ltd. v. ZTE (USA), Inc.*, 90 F.4th 1358 (Fed. Cir. 2024).

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CyWee Group Ltd. and Defendants Huawei Device Co., Ltd., Huawei Device (Dongguan) Co., Ltd. and Huawei Device USA Inc., and subject to approval of the Court, that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff are dismissed without prejudice.

| | |
|---|---|
| Dated:  August 5, 2024 | Respectfully submitted, |
| /s/ Michael Shore w/ Permission<br> by Steven M. Geiszler | /s/ Steven M. Geiszler |
| **THE SHORE FIRM**<br>Michael W. Shore (Texas 18294915)<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: (214) 593-9110<br>mshore@shorefirm.com<br><br>COUNSEL FOR PLAINTIFF<br>CYWEE GROUP LTD. | Steven M. Geiszler<br>Texas Bar No. 24032227<br>**FUTUREWEI TECHNOLOGIES, INC.**<br>15851 Dallas Parkway, Suite 650<br>Addison, Texas 75001<br>214.728.4735<br>steven.geiszler@futurewei.com<br><br>J. Mark Mann (Texas 12926150)<br>mark@themannfirm.com<br>G. Blake Thompson (24042033)<br>blake@themannfirm.com<br>**MANN TINDEL THOMPSON**<br>300 West Main<br>Henderson, Texas 75652<br>903.657.8540<br><br>Matthew Warren (CA 230565)<br>**WARREN KASH WARREN**<br>2261 Market Street, Suite 606<br>San Francisco, CA 94114<br>415.895.2940<br>17-495@cases.warrenlex.com<br><br>COUNSEL FOR ALL DEFENDANTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 5, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Steven M. Geiszler
Steven M. Geiszler