IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD, | § |
| | § |
| *Plaintiff,* | § Case No. 2:17-cv-00495-WCB-RSP |
| | § |
| v. | § |
| | § |
| HUAWEI TECHNOLOGIES CO., INC., HUAWEI DEVICE USA INC, HUAWEI DEVICE (DONGGUAN) CO LTD, HUAWEI DEVICE CO. LTD, | § |
| | § |
| *Defendants.* | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by CyWee Group Ltd. ("Plaintiff") and Huawei Device Co., Ltd., Huawei Device (Dongguan) Co., Ltd. and Huawei Device USA Inc. ("Defendants"). (Dkt. No. 128.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request that Plaintiff's claims for relief against Defendant be dismissed with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff be dismissed without prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims for relief against Defendant are **DISMISSED WITH PREJUDICE** and Defendants' claims, defenses or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 6th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE